# EXHIBIT B





- About
- Launch
- FAQs
- Copy & Creatives
- REGISTER

- Home
- About
- Launch
- FAQs
- >> REGISTER <<

Affiliate Resource Center
Affiliate Resource Center
Affiliate Resource Center
Affiliate Resource Center

# What's Your Connection to Cancer?

Hopefully none at all but that's highly rare these days unfortunately.

Well for me, cancer took several very important people to me that can't be replaced.

Up until recently, I wouldn't even talk about cancer with anyone.

And now, here I am executive producing a 9-part docuseries on the topic called, The Answer to Cancer.

Since you may be involved in sharing this series with your community…

I wanted to share this very personal 2 minute video about my connection to cancer and WHY I've created this series...

(a deeply personal video from Jeff Hays)

## The Highest Converting Health Docuseries You'll Promote This Year...

We're Giving Away $50,000+ In Contest Prizes!

**$5,000 Dollar Contests Happening NOW**

For every 1 affiliate introduction/referral you make who confirmed to promote, you get 1 raffle entry.

The affiliate with the most confirmed affiliates will receive $2,000. Then we will select 3 raffles out of a hat and each winner will win $1,000 dollars each.

Contest ends Tuesday, August 4th. Prizes will be paid on Friday, August 14th.

**Just Added:** Affiliate Managers

Case 3:20-cv-00696   Document 1-2   Filed 08/14/20   Page 2 of 17 PageID #: 22

# EXHIBIT B

Affiliate Managers play an integral part of these launches and they are often not included in the contest prizes. We appreciate all the affiliate managers who will help make this launch successful and we've created contest prizes just for them. Details below…

<h2 style="color:red; text-align:center;">Pre-Launch Surprise Contest...Explained</h2>

#1: $5,000 Contest from July 23rd - 25th
#2: $5,000 Contest from August 3rd - 5th

**For both contests...**

- [x] $2,000 dollar prize for the affiliate with the most leads within the above timeframes
- [x] 100 leads = 1 raffle entry
- [x] 3 winners will be selected and they will each win $1,000 dollars

**Surprise Contest Prizes ($10,000)**

- [x] First 3 days of Pre-Launch (July 23rd - 25th) - $5,000
    -- Most Leads - $1,000
    -- 3 Raffle Contest - $3,000 (3 @ $1,000 each)
- [x] Launch Contest (August 3rd - 5th) - $5,000
    -- Most Leads - $2,000
    -- 3 Raffle Contest - $3,000 (3 @ $1,000 each)

**Affiliate Manager Contest**

- [x] 20,000 leads = $1,000
- [x] 15,000 leads = $750
- [x] 10,000 leads = $500
- [x] 5,000 leads = $250
- [x] 2,500 leads = $125
- [x] 1,000 leads = $50

**Leads Leaderboard ($25,000)** (through EOD, Sunday, Aug 16th)

- [x] 1st Place - $15,000
- [x] 2nd Place - $5,000
- [x] 3rd Place - $3, 000
- [x] 4th Place - $1,250
- [x] 5th Place - $750

**2nd Tier Contests ($10,000)**

- [x] February, 2020 ($5,000)
- [x] June - July, 2020 ($5,000)

Chances are, you'll have at least 20 (or more) opportunities to promote a health docuseries in 2020.

Most will convert okay, some will do good, a few will do great, but there will only be ONE that will convert the best.

The Answer to Cancer docuseries will convert the best. Here's why...

Case 3:20-cv-00696   Document 1-2   Filed 08/14/20   Page 3 of 17 PageID #: 23



## The Topic

No disease on the planet affects more people, gets more attention or creates more emotion than Cancer.



## The Timing

There hasn't been a new successful cancer docuseries in 4 years and the disease is only growing.



## The Message

The market has matured and they know that cancer can't be beat by just eating some apricot seeds or wishing it away. The Answer to Cancer delivers the WHOLE truth about cancer like never before.



## The Marketing

The chief marketer behind The Answer to Cancer is responsible for building programs and launches in which affiliates earned the highest EPCs and EPLs ever received in the history of docuseries launches.



## The Why

How many people have you lost in your life to cancer? What would your life look like if they were still here? This is why The Answer To Cancer is so important right now.

Case 3:20-cv-00696   Document 1-2   Filed 08/14/20   Page 4 of 17 PageID #: 24

Not to mention that the producer of this film, Jeff Hays, lost his mother at the age of 11 and lost his 12-year old son to cancer, and several more dear friends. We're counting on you to help us spread the word so that we can inform (and hopefully save) as many lives as we can.

And this is why we are so confident that promoting The Answer to Cancer will be the HIGHEST converting health docuseries you promote this year...

## Here Are A Few Top Confirmed Affiliates:



**Green Med Info**
Sayer Ji



**Health Secret**
Jonathan Otto

Case 3:20-cv-00696   Document 1-2   Filed 08/14/20   Page 5 of 17 PageID #: 25





**Health Talks Online**
Bob & Bobby

**The Human Longevity Project** Joe & Jason



**The Sacred Science**
Nick Polizzi



**Well.org**
Pedram Shojai

# WE NEED YOUR HELP TO GET THE WORD OUT ON THIS POWERFUL CANCER DOCUMENTARY SERIES!

**Are You Ready To Help Share This Message With The World?**

YES! I WANT TO BE AN AFFILIATE!

Case 3:20-cv-00696   Document 1-2   Filed 08/14/20   Page 6 of 17 PageID #: 26

Let's face it, cancer, is the biggest and scariest pandemic of our time.

Cancer is the leading cause of death worldwide (in fact, 1 in 6 deaths are cancer related).

AND, in the United States alone... EVERY 60 Seconds 3 new people will be diagnosed with Cancer.

**By the time you finished reviewing this affiliate center, at least 10 people will receive the tragic news that they too have cancer...**

No one is safe and there isn't one prevention or treatment solution.

Over the past decade, previous cancer docuseries have reached millions of people, saved countless lives, generated millions of dollars for mission based affiliates and launched a movement of docuseries' across multiple genres.

Cancer patients need to know the WHOLE truth about all the available prevention and treatment options, not just traditional and not just alternative.

It's time to create a bridge of awareness, clarity and hope for people everywhere.

And that's the core mission and purpose beyond *The Answer to Cancer*.

*The Answer to Cancer* is a 9-part docuseries featuring doctors, experts and patients sharing the latest and most cutting edge prevention and treatment protocols.

Our core message is HOPE and Solutions and we will not revert to the low level fear approach.

We're committed to delivering Protocols, Prevention & Peace of Mind...

# Mark Your Calendar!



**Pre-launch:** July 23rd - August 2nd, 2020

**Launch:** August 3rd - 5th, 2020
(starts tomorrow, tonight, now live)

**Event:** August 4th - 13th, 2020

Case 3:20-cv-00696   Document 1-2   Filed 08/14/20   Page 7 of 17 PageID #: 27

**Replay Weekend:** August 15th - 16th, 2020

During the live airing period, viewers are able to purchase digital access to the film as well as physical copies for up to $279.

For your help in bringing exposure to this mission, you will receive 50% commission on any digital products and 40% on any physical products purchased as well as a 10% 2nd tier commission.

## How It Works

## How It Works



### Register To Promote

[Register to become an affiliate](#) (if you haven't already signed up).
Then send us the date(s) you are planning on promoting The Answer To Cancer docuseries. (We'd love to know as soon as possible so that we can plan accordingly.)



### 2nd Tier Opportunity

Introduce us to your top affiliate partners and send out a few affiliate broadcasts and earn LIFETIME commissions on every sale your affiliates make.



### Share With Followers

Simply send a few pre-written emails (see Swipe and Graphics below on where to access the templates) and/or share social posts between July 23rd - August 16th, 2020, encouraging your readers or followers to check out the event registration page for the FREE docuseries.



## Enjoy The Docuseries

Your readers get to watch our documentary screening event (and the 2-day replay) completely free with no strings attached.



## Monetize

At the end, they'll be offered the opportunity to own the entire series and many other incredible items for as little as $97.



## Earn

You will earn 40% commissions on every physical purchase and 50% on every digital purchase. You'll also earn 10% 2nd tier LIFETIME affiliate commissions.

*It's that simple. Need more details? Check out our FAQ below.*

# Swipe and Graphics

We make it simple to spread the news about The Answer To Cancer documentary series. We've done the heavy lifting, so all you have to do is "Swipe and Share."

To view and download all your email swipes, banners, and related creatives click HERE.

Then, log in to your account using the LOGIN button on the top right of the navigation bar on this page. Simply log in to your account and click on Link Generator to create your affiliate link.

If you need help with any of these, please write us as affiliates@theanswertocancer.com and we'll get back to you ASAP.

**Case 3:20-cv-00696   Document 1-2   Filed 08/14/20   Page 9 of 17 PageID #: 29**

# Are You Ready To Help Share
# This Message With The World?
# Are You Ready To Help Share This Message With The World?

**Click The Link Below To Get Started...**

YES! I WANT TO BE AN AFFILIATE!

## Meet The Answer To Cancer Team

It's a pleasure to introduce the dream team behind *The Answer To Cancer* Documentary series...

## Traffic



### Manny Goldman

Manny Goldman has been a connector, JV broker, affiliate manager, Director of Traffic and now CEO of 3 direct response, info publishing, impact based businesses.

As the Director of Traffic for The Truth About Cancer, from January, 2015 - June, 2016, Manny helped them go from 100,000 subscribers to 2,000,000 and from $2M in revenue to $25M. This was all with 3 launches within 18 months.

Manny has since gone on to start and/or scale, The Sacred Plant, The Healing Miracle and now *The Answer to Cancer* as the CEO.

Personally, Manny is happily married for 12+ years and a proud father to 3 amazing children. Originally from New York, he lived in southern California for 6 years and now lives with his family in northeast Florida.

## Launch Management, Funnel Builds + More

**Case 3:20-cv-00696   Document 1-2   Filed 08/14/20   Page 10 of 17 PageID #: 30**



## Brett Fairall

Brett Fairall has had the pleasure to create, manage, and pioneer at least 10 mega successful launches and even more evergreen offers over the last 5 years.

Brett Fairall is the launch manager for *The Answer To Cancer* and the glue to hold together this powerhouse team of visionaries, marketers, and traffic aficionados.

In addition to being incredibly blessed to bring TATC to the world, Brett is the co-owner of Mimosa Mastermind, The Healing Miracle and DRJ Publishing with world reknown keto and fasting expert, Dr. David Jockers.



## Tracy Magee-Graham

Tracy is the very best of what Canada has to offer. She is the heart and soul of the team, and somehow manages to keep the team on track while juggling 37 other tasks at the same time.

Tracy is a Superhero Project Manager and has been with the Fairall Group since 2016. One of her superpowers is keeping everything organized, getting everything done on time, and doing it while managing individual projects and client relationships.

When she isn't at the helm of The Fairall Group ship, she enjoys reading by the river near her home, playing in the snow, and going to her husband's softball games.

## Production



## Jeff Hays

**Filmmaker**

Jeff Hays is a 20+ year filmmaker veteran and a serial entrepreneur.

His commission by Patrick Byrne, his work with stars like Kevin Costner and Hillary Swank,and his documentaries being short-listed for an Academy Award have made him a legend in the industry. Recent health documentary projects include "Bought," "Doctored" and "Undoctored."

Hays lives in the Utah mountains with his dog Abby and works from his office in NY. He's a father of 9 and grandfather of 12, with new ones arriving annually.

Case 3:20-cv-00696   Document 1-2   Filed 08/14/20   Page 11 of 17 PageID #: 31



## Dr. Patrick Gentempo

**Your Host**

Dr. Patrick Gentempo is a well-known and respected star in the world of health, wellness and business.

As a chiropractor, he built an international business and his innovations received multiple patents. He is a post-graduate faculty member of multiple chiropractic institutions and has been published repeatedly in peer-reviewed journals.

Dr. Gentempo successfully exited his diagnostic technology business in 2011 to pursue his passion for exposing the truth through filmmaking.

# Affiliate Angels

We're committed to you having a VIP Concierge experience so we've assembled an all-star team of superstar affiliate managers that will support you in getting the most from this launch.

They are calling themselves "Affiliate Angels" and you can choose your "Angel" or we will assign one for you...



## Elizabeth Newman

Elizabeth is a veteran affiliate marketer with 6 years of extensive experience fusing businesses together to create harmonious partnerships.

The majority of her background is rooted in personal development and various health ventures. She is a partnership wizard, and thrives in the magic of meaningful & collaborative alliances that connects aligned communities and supports sustainable, nourished, & happy collaborations.

Elizabeth is right at home living close to the beach in beautifully charming Charleston SC.

CONTACT: [angelelizabeth@theanswertocancer.com](angelelizabeth@theanswertocancer.com)



## Christi Simoneaux

**Case 3:20-cv-00696    Document 1-2    Filed 08/14/20    Page 12 of 17 PageID #: 32**

Christi has 15 years of experience in relationship-based sales and marketing in the health and wellness field. Before joining with Revealed Films, she worked for many years as a Practice Strategy Consultant for a chiropractic medical device company, with an emphasis on the family wellness practice. She enjoyed coaching chiropractors on how to grow in their communities and spread the message of natural healing and family wellness.

Among her deepest passions is to help others find a path to health and healing. Working as a member of the Revealed Films team has afforded her the platform for applying exciting new modalities that, when properly utilized, empowers an individual with the means to accomplish their personal healing goals.

CONTACT: angelchristi@theanswertocancer.com



# Brooke Emery

Recognized by Forbes Magazine as a connector, Brooke is a creative business strategist with roots in advertising, publicity and film.

She brings big vision and intuition to connect her clients to key people and resources in her wide network to create business development strategies, partnerships and win-win-win joint ventures that create social impact and bring consciousness to the planet.

Brooke was a Thursday night volunteer for the Ronald McDonald House, and has recently been deeply impacted by cancer in a myriad of close personal relationships.

Being an angel for this project feels like answered prayers to spread her gifts and talents for good, and support aligned awareness to help inspire peace and healing and change lives in a meaningful way.

Brooke lives in Connecticut, where she dabbles in her other personal passion of infusing humor in unexpected places. This drives her to the stage as a stand up comedian where she revels in producing giggles and the art of play.

CONTACT: angelbrooke@theanswertocancer.com



# Rose Ann Caras

Rose Ann Caras has been an affiliate assistant for 10+ years.

She's worked closely with Manny Goldman on all his JV brokering, affiliate launches and his own launches which have collectively had 3,000,000++ subscribers.

CONTACT: affiliateassistant@theanswertocancer.com

# Design

Case 3:20-cv-00696   Document 1-2   Filed 08/14/20   Page 13 of 17 PageID #: 33



# Erik Stafford

Erik Stafford is a multiple AAF-ADDY and ARDA award-winning Creative Director who has worked behind the scenes on several docu-series projects, successfully using Direct Response Design to foster engagement and improve conversions.

Erik is Creative Director at Aimclear®, a data-driven marketing agency ranked 6X Inc. 5000 Fastest Growing Companies, 4X in the top 100 workplaces by Minnesota Business Magazine and winner of 14 US Search Awards, including 4X Best Integrated Agency.

## Are You Ready To Help Share This Message With The World?
## Are You Ready To Help Share This Message With The World?

**Click The Link Below To Get Started...**

YES! I WANT TO BE AN AFFILIATE!

## Frequently Asked Questions

**Q .Who's behind this launch?**

A. 3 distinct and established teams have joined forces to create an epic docuseries and launch.

Jeff Hays and Patrick Gentempo from Revealed Films. Their docuseries' launches have had 1,000,000++ subscribers and $10+ million in total revenue.

Manny Goldman, the former Director of Traffic for The Truth About Cancer which he helped them go from 100,000 subscribers to 2,000,000 in 18 months. Currently the founder and CEO of The Sacred Plant and the CEO of The Healing Miracle.

Brett Fairall and Tracy Magee-Graham, have managed at least 10 mega successful launches and even more evergreen offers. Brett Fairall is the co-owner of Mimosa Mastermind, The Healing Miracle and DRJ Publishing (Dr. David Jockers).

**Q. What are your launch dates?**

A. Pre-launch: July 23rd - August 2nd, 2020
Launch: August 3rd - 5th (starts tomorrow, tonight, now live)
Event: August 4th - 13th, 2020
Replay Weekend: August 15th - 16th, 2020

**Q. Is this a proven launch or a new launch?**

A. This is a new launch with a very proven team in production, conversions, traffic and execution. However we will GUARANTEE that this will be the highest converting health docuseries launch you promote all year.

Jeff Hays is known for being one of the special story tellers of this century.

**Q. What are your affiliate commission payouts?**

A. We pay the standard affiliate commissions for docuseries — 50% digital, 40% physical and 10% for 2nd tier commission.

**Q. When will you pay affiliate commissions?**

A. We pay affiliates every 30 days, 100% of their commissions owed. The first payment will be August 30th.

**Q. What is your cookie policy?**

A. For this first launch, we are first lead in, 90 day cookie. We intend to do a Facebook launch before the end of 2020 and invite the non-buyers to watch it again.

Your leads will be tagged to you and when one of your leads buys, you will be paid.

**Q. Will you have upsells?**

A. We will have 2 upsell offers. An interactive webinar series which has been proven to boost affiliate commissions by 40% within 3 months after the airing . The price point will start at $249 or 3 pay of $99. You will earn 25% commissions for this upsell.

In addition, a continuity newsletter which has been proven to boost by 10-20%. The price point will start be either $19 or $29. You will earn 20% commissions for this upsell. Both of these offers will be offered to the buyers of the docuseries during the live airing and the non-buyers within the first 90 days of the live airing. What's great is that you have a 90-day cookie on every lead you bring us.

**Q. What is your return policy?**

A. One year from purchase.

**Q. What kind of landers will you have?**

A. Trailer / Event Sign Up + 2 Ebook landers (which will also include the Docuseries sign up).

**Q. Can I recruit my affiliates for a 2nd tier commission?**

A. Absolutely. You'll earn 10% on every gross dollar they generate. You will be tagged to your affiliates for life.

The sales leaderboard is sorted by total sales commissions not total sales. This all means more immediate commissions, more recurring commissions, bragging rights on the leaderboard and more opportunities to earn more affiliate prizes.

**Q. Will you have affiliate contest prizes?**

A. Yes, we're giving away more than $50,000 dollars in cash prizes. Go here to see the full list of prize details.

**Q. What is your recip policy?**

A. First and foremost, each reciprocal agreement needs to be approved upfront and before you send for us. We do have a 2,500 unique lead minimum that will need to be met before we reciprocate.

**Q. How will the list be used after the launch?**

A. We will first and foremost focus the list on content consumption for our docuseries and elegantly offering the on-demand access to the series.

After the event ends, we will be delivering a 10-week webinar series with each webinar being available for FREE for 48-hours with an opportunity to get unlimited, on-demand access to all 10 webinars + live Q&A calls.

You'll be earning ongoing commissions on this extensive "back-end" offer.

As we're delivering this webinar series, we'll also be fulfilling our reciprocals. The affiliates who sent the most leads will have the first option for recip dates.

Originally there were going to be 2 copies of the list that Jeff and Manny would manage seperately. This is no longer the case. There will now only be 1 list, managed in the same ESP.

Case 3:20-cv-00696   Document 1-2   Filed 08/14/20   Page 15 of 17 PageID #: 35

**Q. Who is your affiliate point of contact?**

A. We have 3 Affiliate Angels who will provide you with VIP Affiliate Concierge (Go here for a list of all the angels)

For links, swipe copy and social creatives, contact Rose Ann Caras at:
- affiliateassistant@theanswertocancer.com
- Voxer: rannc5995
- Skype: roseanc

**Q. What if my readers have questions for customer service, or need technical support? Who do I refer them to?**

A. support@theanswertocancer.com.

**Q. I forgot my username and/or password, how do I get back into my affiliate account?**

A. If you forgot your password, click here to reset. You will need your username or email address that you used to sign up to your account. This is the email address that you are receiving our affiliate emails from. If you still can't login, email us at affiliates@theanswertocancer.com, and we'll send you your email and password.

**Q. What affiliate platform will we be using?**

A. We use Ontraport for managing our affiliate program and launches.

**Q. Do you have a minimum commission amount before I will get paid?**

A. Yes, you must earn at least $50 in commissions.

**Q. What do I need to do to ensure I receive my commission payment?**

A. Upon sign up, please provide either a valid PayPal email account or a physical address for us to mail commission checks.

# Are You Ready To Help Share
# This Message With The World?
# Are You Ready To Help Share This Message With The World?

**Click The Link Below To Get Started...**

**YES! I WANT TO BE AN AFFILIATE!**



*THESE STATEMENTS HAVE NOT BEEN EVALUATED BY THE FOOD AND DRUG ADMINISTRATION. THIS PRODUCT IS NOT INTENDED TO DIAGNOSE, TREAT, CURE OR PREVENT ANY DISEASE.

THE STATEMENTS ON THIS WEBSITE AND ON THESE PRODUCT LABELS HAVE NOT BEEN EVALUATED BY THE FOOD AND DRUG ADMINISTRATION. THESE PRODUCTS ARE INTENDED AS A DIETARY SUPPLEMENT ONLY. PRODUCTS ARE NOT INTENDED TO DIAGNOSE, TREAT, CURE OR PREVENT ANY DISEASE. INDIVIDUAL RESULTS MAY VARY BASED ON AGE, GENDER, BODY TYPE, COMPLIANCE, AND OTHER FACTORS. ALL PRODUCTS ARE INTENDED FOR USE BY ADULTS OVER THE AGE OF 18. CONSULT A PHYSICIAN BEFORE TAKING ANY OF OUR PRODUCTS, ESPECIALLY IF YOU ARE PREGNANT,NURSING, TAKING MEDICATION, DIABETIC, OR HAVE ANY MEDICAL CONDITION.

TERMS & CONDITIONS
All Rights Reserved 2020 © TATC Publishing, LLC.

Case 3:20-cv-00696   Document 1-2   Filed 08/14/20   Page 16 of 17 PageID #: 36

Case 3:20-cv-00696   Document 1-2   Filed 08/14/20   Page 17 of 17 PageID #: 37