# EXHIBIT C





**EXHIBIT C**