# EXHIBIT D



## Launch

This is not just another health docuseries launch.

This is the next level to the legacy and movement that Jonathan Hunsaker created at The Truth About Cancer. Think of it as version 2.0 :-)

With Jonathan at the helm of the conversions, you can be confident that you will help change and save lives AND make money to forward your personal message and mission.

And with Jeff Hays at the helm of the production, you can be sure that this