# EXHIBIT E



Affiliate Resource Center

# Frequently Asked Questions

- About
- Launch
- FAQs
- Copy & Creatives
- REGISTER

Affiliate Resource Center

**Q. Who's behind this launch?**

A. 3 distinct and established teams have joined forces to create an epic docuseries and launch.

Jeff Hays and Patrick Gentempo from Revealed Films. Their docuseries' launches have had 1,000,000++ subscribers and $10+ million in total revenue.

Manny Goldman, the former Director of Traffic for The Truth About Cancer which he helped them go from 100,000 subscribers to 2,000,000 in 18 months. Currently the founder and CEO of The Sacred Plant and the CEO of The Healing Miracle.

Brett Fairall and Tracy Magee-Graham, have managed at least 10 mega successful launches and even more evergreen offers. Brett Fairall is the co-owner of Mimosa Mastermind, The Healing Miracle and DRJ Publishing (Dr. David Jockers).

**Q. What are your launch dates?**

A. Pre-launch: July 23rd - August 2nd, 2020
Launch: August 3rd - 5th (starts tomorrow, tonight, now live)
Event: August 4th - 13th, 2020
Replay Weekend: August 15th - 16th, 2020

**Q. Is this a proven launch or a new launch?**

A. This is a new launch with a very proven team in production, conversions, traffic and execution. However we will GUARANTEE that this will be the highest converting health docuseries launch you promote all year.

Jeff Hays is known for being one of the special story tellers of this century.

**Q. What are your affiliate commission payouts?**

A. We pay the standard affiliate commissions for docuseries — 50% digital, 40% physical and 10% for 2nd tier commission.

**Q. When will you pay affiliate commissions?**

A. We pay affiliates every 30 days, 100% of their commissions owed. The first payment will be August 30th.

**Q. What is your cookie policy?**

A. For this first launch, we are first lead in, 90 day cookie. We intend to do a Facebook launch before the end of 2020 and invite the non-buyers to watch it again.

Your leads will be tagged to you and when one of your leads buys, you will be paid.

**Q. Will you have upsells?**

A. We will have 2 upsell offers. An interactive webinar series which has been proven to boost affiliate commissions by 40% within 3 months after the airing . The price point will start at $249 or 3 pay of $99. You will earn 25% commissions for this upsell.

In addition, a continuity newsletter which has been proven to boost by 10-20%. The price point will start be either $19 or $29. You will earn 20% commissions for this upsell. Both of these offers will be offered to the buyers of the docuseries during the live airing and the non-buyers within the first 90 days of the live airing. What's great is that you have a 90-day cookie on every lead you bring us.

**Q. Where can I access email swipe copy and social share images?**

**EXHIBIT E**

Case 3:20-cv-00696   Document 1-5   Filed 08/14/20   Page 2 of 4 PageID #: 43

**A.** We make it simple to spread the news about The Answer To Cancer documentary series. We've done the heavy lifting, so all you have to do is "Swipe and Share."

To view and download all your email swipes, banners, and related creatives click HERE.

**Q. What is your return policy?**

A. One year from purchase

**Q. What kind of landers will you have?**

A. Trailer / Event Sign Up, 2 Ebook landers (which will also include the Docuseries sign up).

**Q. Can I recruit my affiliates for a 2nd tier commission?**

A. Absolutely. You'll earn 10% on every gross dollar they generate. You will be tagged to your affiliates for life.

The sales leaderboard is sorted by total sales commissions not total sales. This all means more immediate commissions, more recurring commissions, bragging rights on the leaderboard and more opportunities to earn more affiliate prizes.

**Q. Will you have affiliate contest prizes?**

A. A. Yes, we're giving away more than $50,000 dollars in cash prizes. Go here to see the full list of prize details.

**Q. What is your recip policy?**

A. First and foremost, each reciprocal agreement needs to be approved upfront and before you send for us. We do have a 2,500 unique lead minimum that will need to be met before we reciprocate.

**Q. How will the list be used after the launch?**

A. We will first and foremost focus the list on content consumption for our docuseries and elegantly offering the on-demand access to the series.

After the event ends, we will be delivering a 10-week webinar series with each webinar being available for FREE for 48-hours with an opportunity to get unlimited, on-demand access to all 10 webinars + live Q&A calls.

You'll be earning ongoing commissions on this extensive "back-end" offer.

As we're delivering this webinar series, we'll also be fulfilling our reciprocals. The affiliates who sent the most leads will have the first option for recip dates.

Originally there were going to be 2 copies of the list that Jeff and Manny would manage separately. This is no longer the case. There will now only be 1 list, managed in the same ESP.

**Q. Who is your affiliate point of contact?**

A. We have 5 Affiliate Angels who will provide you with VIP Affiliate Concierge (Go here for a list of all the angels)

For links, swipe copy and social creatives, contact Rose Ann Caras at: affiliates@theanswertocancer.com or via Voxer: rannc5995 and via Skype: roseanc

**Q. What if my readers have questions for customer service, or need technical support? Who do I refer them to?**

A. support@theanswertocancer.com.

**Q. I forgot my username and/or password, how do I get back into my affiliate account?**

A. If you forgot your password, click here to reset. You will need your username or email address that you used to sign up to your account. This is the email address that you are receiving our affiliate emails from. If you still can't login, email us at affiliates@theanswertocancer.com, and we'll send you your email and password.

**Q. What affiliate platform will we be using?**

A. We use Ontraport for managing our affiliate program and launches.

**Q. Do you have a minimum commission amount before I will get paid?**

A. Yes, you must earn at least $50 in commissions.

Case 3:20-cv-00696   Document 1-5   Filed 08/14/20   Page 3 of 4 PageID #: 44

**Q. What do I need to do to ensure I receive my commission payment?**

A. Upon sign up, please provide either a valid PayPal email account or a physical address for us to mail commission checks.

# WE NEED YOUR HELP TO GET THE WORD OUT ON THIS POWERFUL CANCER DOCUMENTARY SERIES!

**Are You Ready To Help Share This Message With The World?**

YES! I WANT TO BE AN AFFILIATE!



*THESE STATEMENTS HAVE NOT BEEN EVALUATED BY THE FOOD AND DRUG ADMINISTRATION. THIS PRODUCT IS NOT INTENDED TO DIAGNOSE, TREAT, CURE OR PREVENT ANY DISEASE.

THE STATEMENTS ON THIS WEBSITE AND ON THESE PRODUCT LABELS HAVE NOT BEEN EVALUATED BY THE FOOD AND DRUG ADMINISTRATION. THESE PRODUCTS ARE INTENDED AS A DIETARY SUPPLEMENT ONLY. PRODUCTS ARE NOT INTENDED TO DIAGNOSE, TREAT, CURE OR PREVENT ANY DISEASE. INDIVIDUAL RESULTS MAY VARY BASED ON AGE, GENDER, BODY TYPE, COMPLIANCE, AND OTHER FACTORS. ALL PRODUCTS ARE INTENDED FOR USE BY ADULTS OVER THE AGE OF 18. CONSULT A PHYSICIAN BEFORE TAKING ANY OF OUR PRODUCTS, ESPECIALLY IF YOU ARE PREGNANT, NURSING, TAKING MEDICATION, DIABETIC, OR HAVE ANY MEDICAL CONDITION.

TERMS & CONDITIONS

All Rights Reserved 2020 © TATC Publishing, LLC.