IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

TTAC Publishing, LLC,
    Plaintiff(s),

v.

Case No._____

TATC Publishing, LLC; Jonathan Hunsaker; Jeff Hays; Manny Goldman; and Patrick Gentempo,
    Defendant(s).

**BUSINESS ENTITY DISCLOSURE**
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, TTAC Publishing, LLC makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☐ This party is a privately held corporation, incorporated in _____ and with a principal place of business in _____.

☐ This party has parent corporations

    If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

☑ This party is a limited liability company or limited liability partnership.

    If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

    If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

    If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: 8/14/20

Signature: Anthony Schlehuber

Printed Name: Anthony Schlehuber

Title: Attorney for TTAC Publishing LLC

**CERTIFICATE OF SERVICE**
**[Include certificate of service pursuant to LR 5.01.**
**Attach as separate page if necessary due to space constraints.]**

TTAC Publishing, LLC is limited liability company organized and existing under the laws of the State of Nevada, having a principal place of business located Portland, Tennessee. TTAC Publishing, LLC is wholly owned by Ty Bollinger and Charlene Bollinger. Ty Bollinger and Charlene Bollinger are residents and citizens of Tennessee. TTAC Publishing, LLC does not have a parent company. Neither TTAC nor any of its members is a publicly traded company. No publicly traded company owns 10% or more of the membership interest of TTAC. There is no publicly owned corporation or affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation.

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and exact copy of the foregoing Business Entity Disclosure has been served upon the following counsel listed below through the CM/ECF system, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said counsel:

|  |  |
|---|---|
|  | **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.** |
|  | *s/ Anthony F. Schlehuber*<br>Anthony F. Schlehuber<br>TN Bar No. 37334<br>211 Commerce Street, Suite 800<br>Nashville, TN 37208 |
| 211 Commerce Street, Suite 800<br>Nashville, TN 37208<br>Telephone: (615) 726- 5600<br>Facsimile: (615) 726- 0464<br>Aschlehuber@bakerdonelson.com |  |
|  | L. Clint Crosby<br>Georgia Bar No. 197877<br>Phillip Parham<br>Georgia Bar No. 942874<br>Ciera N. Locklair<br>Georgia Bar No. 887772<br><br>*Counsel for TTAC Publishing, LLC*<br>*Pro Hac Vice Forthcoming* |