UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| TTAC Publishing, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. 3:20-cv-00696 |
| | ) | |
| | ) | |
| v. | ) | JUDGE RICHARDSON |
| | ) | MAGISTRATE JUDGE FRENSLEY |
| TATC Publishing, LLC; Jonathan Hunsaker; | ) | |
| Jeff Hays; Manny Goldman; and Patrick | ) | JURY DEMAND |
| Gentempo. | ) | |
| | | |
| Defendants. | | |

## AFFIDAVIT OF TY BOLLINGER

I, Ty Bollinger, declare as follows:

1.  I submit this Affidavit in Support of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction and Memorandum in Support thereof.

2.  I am a co-founder and current owner of TTAC Publishing, LLC ("TTAC"). I have personal knowledge of, among other things, the brand history, marking, sales, and features of TTAC's products, including THE TRUTH ABOUT CANCER® trademarks.

3.  I am over the age of 21 and am fully competent to testify regarding the facts set forth in this Affidavit. I am familiar with the facts and circumstances of the above-captioned proceeding, and I make these statements based upon personal knowledge and my review of TTAC's business records.

1

4. Following the loss of both parents and five additional family members to cancer, I was inspired to learn about cancer prevention and the efficacy of traditional and alternative cancer treatments.

5. Along with my wife, Charlene, and former business partner Jonathan Hunsaker, I created TTAC Publishing, LLC—known publicly as "The Truth About Cancer."

6. Through years of hard work and focused research, TTAC is now an industry leader specializing in the creation and dissemination of healthcare information related to cancer and its prevention and treatment.

7. As early as 2014, TTAC began marking its products and services under the trademark THE TRUTH ABOUT CANCER, which the United States Patent and Trademark Office registered to TTAC on November 14, 2017. (*See* **Exhibit A**, TTAC Trademark Registration No. 5,332,359).

8. In addition to the registered trademark, TTAC has continuously and exclusively used the THE TRUTH ABOUT CANCER logo mark in connection with marketing its products since 2014. The following is a true and correct representation of TTAC's logo mark, which incorporates its registered trademark:



9. In developing and implementing THE TRUTH ABOUT CANCER and logo, TTAC has expended considerable time and resources to develop the goodwill and positive reputation the public has come to associate with TTAC and its products and services.

2

10. TTAC and its owners have authored books, created and released multiple docuseries, and published valuable information about cancer treatment and prevention through a variety of social media outlets.

11. In 2006, I authored "Cancer—Step Outside the Box," a book that sold more than 250,000 copies and is currently in its sixth edition.

12. In 2016, TTAC released a second book entitled "The Truth About Cancer," which ultimately ranked #2 on the New York Times Bestseller list in November of 2016. (*See* **Exhibit B**, Printout of New York Times Bestseller List, available at https://www.nytimes.com/books/best-sellers/2016/11/13/health/ (last visited on September 10, 2020)).

13. From 2014 to 2016, TTAC created, marketed, and released a multi-part docuseries that discussed the truth about cancer prevention and treatment options—both traditional and alternative. The docuseries follows me as I travel the country and interview doctors, researchers, experts, and cancer survivors about various methods for preventing and treating cancer.

14. The Truth About Cancer docuseries was extremely successful, and TTAC's docuseries have been viewed by more than 20,000,000 viewers.

15. Following the success of that docuseries, TTAC continued to educate consumers through its healthcare literature and products.

16. TTAC routinely provides the public with educational information on various social media websites, and TTAC's products, services, promotional materials, Facebook page, Instagram account, and company website prominently display THE TRUTH ABOUT CANCER mark and logo. (*See, e.g.*, **Exhibit C**, Printout of The Truth About Cancer

3

Instagram, available at https://www.instagram.com/thetruthaboutcancerttac/?hl=en (last visited September 10, 2020)).

17. TTAC has a large social media presence where it interacts with more than a million current and potential customers. Currently, TTAC's Instagram page has approximately ninety-two thousand (92,000) followers. (*See* Ex. C).

18. The Truth About Cancer Facebook page has 1,141,051 people who "like" the page and 1,154,185 people who "follow" the page. (*See* **Exhibit D**, The Truth About Cancer Facebook, available at https://www.facebook.com/thetruthaboutcancer/?ref=page_internal (last visited September 8, 2020)).

19. TTAC's years of experience and persistence have earned it a reputation for being trustworthy, honest, and knowledgeable, and for providing authentic, well-researched information to consumers. (*See* **Exhibit E**, August 21, 2020 Screenshot of The Truth About Cancer Facebook Reviews Page, https://www.facebook.com/thetruthaboutcancer/reviews/?ref=page_internal); *see also* **Exhibit F**, September 10, 2020 Screenshot of The Truth About Cancer Facebook "Photos," available at https://www.facebook.com/thetruthaboutcancer/photos/a.671302802963032/31820172 55224895 (comments about the photos demonstrating TTAC's reputation)).

20. Defendants, specifically Jonathan Hunsaker and Manny Goldman, were fully engaged with TTAC and its marketing and sales efforts from 2014 to 2018.

21. From its formation and throughout its brand development Jonathan Hunsaker was a member of TTAC as well as its Chief Marketing Officer.

4

22. From 2015 to 2018, Manny Goldman was engaged as TTAC's "Director of Traffic" to implement TTAC's marketing plans.

23. In these roles, Hunsaker and Goldman were intimately familiar with TTAC's business model and marketing strategies. They were privy to TTAC's confidential newsletter list of more than 2 million people; had virtually unrestricted access to TTAC's business and marketing strategies; and were intimately involved in TTAC's utilization of its trademarks to develop its reputation and goodwill with consumers.

24. Defendants knew that TTAC's use of THE TRUTH ABOUT CANCER mark and logo were key elements of its marketing efforts and brand development.

25. Defendants witnessed TTAC's success and knew that the TTAC brand secured more than $25,000,000 in customer transactions since 2014.

26. The business relationship with Jonathan Hunsaker deteriorated, and as a result, all parties with ownership interests in TTAC eventually entered into a Securities Redemption Agreement, which divested Hunsaker of any ownership or interest in TTAC effective August 1, 2018.

27. As a result, the Charlene Bollinger and I are now the sole owners of TTAC, its trademarks and its goodwill.

28. In January 2020 Hunsaker, along with Defendants Manny Goldman, Jeff Hays, and Patrick Gentempo, formed TATC Publishing, LLC ("TATC")—known publicly as "The Answer to Cancer," which is nearly identical to "The Truth About Cancer" in its name, acronym, mark, logo, and business model.

29. Creating further confusion between TATC's mark and TTAC's registered mark—TATC promotes its mark using a logo that is almost identical to TTAC's logo, which has been

in continuous use since 2014. The following is a true and correct representation of

TATC's infringing logo mark, which incorporates its infringing mark:



30. Not only did Defendants copy TTAC's name, acronym, and logo, they copied TTAC's business model—further enabling them to trick the consuming public into believing that TATC is TTAC or that TATC is sponsored by or affiliated with TTAC.

31. TATC recently promoted a nine-part docuseries providing information about cancer, cancer prevention, and cancer treatment, which launched on August 4, 2020.

32. TATC's plagiarism of TTAC's name, acronym, logo, and business model was intentional and designed to allow TATC to trade off of TTAC's hard-earned reputation and goodwill in order to bolster their competing docuseries.

33. Defendants have created a copycat docuseries about cancer treatment and prevention and have repeatedly promoted and marketed TATC and its docuseries as being affiliated with TTAC. Indeed, its representations have caused reviewers of the docuseries to associate the two companies and products, and confusion in the marketplace continues to spread.

34. Initially, TATC's website touted Hunsaker's prior membership in TTAC and Goldman's prior employment by expressly referencing their involvement in the TTAC docuseries without mentioning that they are no longer affiliated with TTAC. Specifically, the website misrepresented that Hunsaker was the "creator" of TTAC's The Truth About Cancer docuseries, stating, "The chief marketer behind The Answer to Cancer is the same marketer who created, built and marketed The Truth About Cancer." (*See* **Exhibit G**,

April 10, 2020 Screenshot of Information Formerly Included on "About" Page on

TheAnswertoCancer.com at https://theanswertocancer.com/jv/).

35. The website states, As the Director of Traffic for The Truth About Cancer, from January, 2015 - June, 2016, Manny helped them go from 100,000 subscribers to 2,000,000 and from $2M in revenue to $25M. This was all with 3 launches within 18 months. (*See* **Exhibit H**, Printout of The Answer to Cancer FAQ Page, available at https://theanswertocancer.com/faqs/?orid=880&opid=4&sid=jv070720 (last visited September 10, 2020)).

36. TATC even promoted the docuseries as the next iteration of THE TRUTH ABOUT CANCER docuseries by stating that TATC's docuseries is "the next level to the legacy and movement that Jonathan Hunsaker created The Truth About Cancer. Think of it as 2.0 :-)." (*See* **Exhibit I**, March 24, 2020 Screenshot of Information Included on TheAnswertoCancer.com "Launch" at https://theanswertocancer.com/launch/).

37. Although some of these comments no longer appear on TATC's websites, this misinformation and TATC's use of its mark and logo continue to mislead the public into believing that the TATC docuseries is an updated version or continuation of TTAC's The Truth About Cancer docuseries including touting the docuseries as following "in the footsteps of Jonathan Hunsaker's The Truth About Cancer...Jonathan Hunsaker has teamed up with a new crew to launch 2020's version of his documentary: The Answer to Cancer." (*See* **Exhibit J**, "Printout of "The Answer to Cancer: Watch the Powerful Documentary Series," available at https://www.advancedliving.com/the-answer-to-cancer/ (last visited September 10, 2020)).

38. TTAC has received numerous emails and communications from its clients who have been deceived into believing that TATC and TTAC are one in the same or are affiliated. For example, people have stated:

- "I just signed up for Answer to Cancer, and thought it was your videos. Are you related to these videos?"

- "Are you aware of this knock off docuseries? It was shared by a friend who said it's the new and updated version of TTAC."

- "I'm wondering why you're running this at the same time as The Answer to Cancer. This is too much information for one time period."

- "The Answer to Cancer series is playing now & it's long. . . . But it's great too, like all of your series! Thanks for all you do!"

(*See* **Exhibit K**, True and correct collective copies of these consumer emails received by TTAC).

39. TATC used knowledge of TTAC's business plan, marketing strategies, products, and the reputation and goodwill associated with TTAC's mark and logo to create a business with a nearly identical name, mark, and logo to market copycat products to TTAC's consumer base. And by expressly referencing TTAC in its online promotions of TATC's products without denying any affiliation, a wave of confusion as to the two companies' products and affiliations has spread to product review websites and to TTAC's customers. TTAC has suffered and continues to suffer irreparable harm as a result of TATC's conduct.

**[Affiant's Signature on Next Page]**

8

I declare under penalty of perjury that the foregoing is true and correct.

_TY BOLLINGER_

9/9/2020
Date

Sworn to and subscribed before me this 8th day of September, 2020.

Notary Public

My commission expires:

3-21-22

# United States of America

## United States Patent and Trademark Office

# THE TRUTH ABOUT CANCER

**Reg. No. 5,332,359**

**Registered Nov. 14, 2017**

**Int. Cl.: 44**

**Service Mark**

**Principal Register**

TTAC Publishing, LLC (NEVADA LIMITED LIABILITY COMPANY)
442 Court Street
Elko, NEVADA 89801

CLASS 44: Providing a website featuring health information relating to the fight against cancer, namely, general health information relating to cancer, cancer treatment protocols, and cancer treatment tools

FIRST USE 5-28-2014; IN COMMERCE 5-28-2014

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 86-560,821, FILED 03-11-2015



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

```
REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.
```

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

This copy is for your personal, noncommercial use only.

**1** **WHEN BREATH BECOMES AIR**
by Paul Kalanithi | Random House
A memoir by a physician who received a diagnosis of Stage IV lung cancer at the age of 36.

**2** **THE TRUTH ABOUT CANCER**
by Ty M. Bollinger | Hay House
Alternative treatments and the cancer-related "politics" of the medical and pharmaceutical industries.

**3** **THE SUBTLE ART OF NOT GIVING A F*CK**
by Mark Manson | HarperOne/HarperCollins
How to stop trying to be "positive" all the time and, instead, become better at handling adversity.

**4** **BETWEEN BREATHS**
by Elizabeth Vargas | Grand Central
The co-anchor of "World News Tonight" and "20/20" describes her long struggle with acute anxiety and panic attacks, which she attempted to medicate with alcohol.

**5** **INNER ENGINEERING**
by Sadhguru | Spiegel & Grau
A yogi's guide to becoming the architect of your own joy.

**6** **HOW NOT TO DIE**
by Michael Greger with Gene Stone | Flatiron
A doctor advocates a plant-based diet as a way to prevent disease and prolong life.

**7** **GET WHAT'S YOURS**
by Laurence J. Kotlikoff, Philip Moeller and Paul Solman | Simon & Schuster
A guide to deciding when to claim Social Security benefits and to getting all you're eligible for when you do.

**8** **BEING MORTAL**
by Atul Gawande | Metropolitan/Holt
The surgeon and New Yorker writer considers how doctors fail patients at the end of life and how they can do better.

**9** **THE THYROID CONNECTION**
by Amy Myers | Little, Brown
The symptoms of thyroid-related disorders and a 28-day program to combat them.

**10** **MEDICAL MEDIUM**
by Anthony William | Hay House
A perspective on chronic illness that involves the methods of the author, a "healing medium".

**RELATED COVERAGE**

THE NEW YORK TIMES BOOK REVIEW
## Novel of Multitudes Sings for a Fading Dream of National Belonging
"Homeland Elegies," by Ayad Akhtar, considers the many contradictions of being an American Muslim after 9/11.



**EXHIBIT B**

*Instagram*

    

Search

## thetruthaboutcancerttac   [Follow]   • • •

**2,010** posts    **93.9k** followers    **42** following

**The Truth About Cancer**
Join Ty and Charlene as they share the truth about cancer - Cancer does not
have to be a death sentence!
**linktr.ee/ttac**



 

⊞ **POSTS**          ▣ **IGTV**          ⊡ **TAGGED**

  

  



**EXHIBIT C**





























    












Never be ashamed of a *scar*. It simply means you were *stronger* than what tried to hurt you.

thetruthaboutcancer.com









    








4



# The Truth About Cancer

@thetruthaboutcancer · Health & Wellness Website

■ Watch Video

■ go.thetruthaboutvaccines.com

Home    TTAC Live 2019!    More ■        ■ Like    ■ Message    ■    ■

## About                                    See All

■ Visit Website
https://linktr.ee/ttacfb

■ Ty and Charlene host various original docu-series featuring world class protocols and life saving information being used by various doctors using alternative and advance health modalities to prevent and treat cancer and other disease successfully.

■ In this one of a kind docu-series, you'll follow Ty Bollinger, who lost both his mother and father to cancer (as well as 5 other family members), as h... **See More**

■ 1,140,707 people like this including 5 of your friends

**EXHIBIT D**



(877) 521-5572
Typically replies within a day
Send Message

support@thetruthaboutcancer.com

Health & Wellness Website · Alternative & Holistic Health
Service

## Photos

See All



## Videos

See All

Join us for our Pandemic Town Hall and help us SAVE LIVE...

441

12.9K Views · a week ago



 

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

📄 Page created - April 22, 2014

📄 Page manager locations: United States, Canada, Costa Rica

## Add Your Business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Privacy · Terms · Advertising · Ad Choices ▪ · Cookies · More · Facebook © 2020

 **Create Post**

Photo/Video · · · · · · · · · Check in · · · · · · · · · Tag Friends

 **The Truth About Cancer**
19m · 🌐

In this clip from The Quest for the Cures Continues docu-series, cancer researcher Ty Bollinger speaks with Mike Adams (aka "The Health Ranger") from Natural News about the anti cancer foods found in nature that are mostly ignored.

#AntiCancerFoods #nutrition #NaturalHealth #TTAC #TheTruthAboutCancer




Anti Cancer Foods Found in Nature - Mike Adams ("The Health Ranger")

👍❤️ 28                                                    19 Shares

⬛ Like            ⬛ Comment            ⬛ Share

Write a comment...                    ⬛ ⬛ ⬛ ⬛

---

**The Truth About Cancer**
4h · ⬛

Clearly there is room for optimization in our nation's healthcare system.

#TTAC #TheTruthAboutCancer



**The Truth About Cancer**
Health & Wellness Website                    ⬛ Send Message

     

Most Relevant

 Write a comment...

**Bill Deskin**
That's because of the FDA and AMA. Holistic approaches are shunned because the pharmaceutical industry can't make money from holistic treatments and cures, not to mention prevention...like simply eating right.

Like · Reply · 4h · Edited

View 49 more comments                               1 of 50

 **The Truth About Cancer**
16h ·

Is cannabis really the dangerous plant many people think it is?

Watch as Dr. Quillin discusses cannabis, cancer, and the real dangers of prescription drugs.

#cannabis #MedicalMarijuana #NaturalHealth #TTAC #TheTruthAboutCancer #hemp



THETRUTHABOUTCANCER.COM
**The Anti-Cancer Properties of Cannabis (video)**
Video Transcript: The Anti-Cancer Properties of Cannabis Ty Bolling...

 1K                          57 Comments  673 Shares

 Like         Comment              Share

Most Relevant

 
 **Peter Westerman**
The biggest killer of Humanity is prescribed drugs and treatment

Like · Reply · 8h

2 Replies

View 23 more comments

---

 **The Truth About Cancer**
18h ·

In this video, cancer researcher Ty Bollinger speaks with author G. Edward Griffin about good sources of Vitamin B17 (also known as Laetrile and Amygdalin).

Keep watching the video to find out about natural sources of Vitamin B17!

#VitaminB17 #health #nutrition #TTAC #TheTruthAboutCancer



G. Edward Griffin
**Sources of B17/Laetrile/Amygdalin**

YOUTUBE.COM

**Sources of Vitamin B17 | Laetrile | Amygdalin for Cancer Patients - G. Edward Griffin**

👍❤️😮 600                          36 Comments  386 Shares

👍 Like            💬 Comment            ↪ Share

Most Relevant ▾

 Write a comment...

**Leonie Wynne**
Anything that is natural that works to eradicate cancer



Like · **Reply** · 11h

View 13 more comments

---

 **The Truth About Cancer**
21h ·

Looking for some inspiration? Watch as Dr. Barbara Royal shares how she's kept malignant melanoma from recurring for 16 years, despite her doc's guarantee the cancer would return.

#melanoma #CancerSurvivorStory #TTAC #TheTruthAboutCancer



THETRUTHABOUTCANCER.COM
**Cancer Survivor Story: Dr. Barbara Royal (Malignant Melanoma)**

👍❤️😆 127                                    1 Comment 62 Shares

Like                    Comment                    Share

Most Relevant

 Write a comment...

**Casey Tee**
My Mum had a stage 3 Melanoma removed 17 years ago, short course of radiation and chemo at the time. Surgeon said the likelihood of it coming back would be reasonably high, but 17 years later she is thankfully a picture of health and (touch wood) it ha... **See More**

Like · **Reply** · 16h

30









Email or Phone: alisonwerder@hotmail.com
Password: ••••••••••
Log In
Forgot account?

## The Truth About Cancer

@thetruthaboutcancer

- Home
- TTAC Live 2019!
- Posts
- **Reviews**
- Videos
- Photos
- About
- Events
- Community
- Groups
- TTAC Book
- Welcome
- Pinterest
- YouTube
- Instagram

Like · Share · Suggest Edits · ···    Watch Video    Send Message

**4.7**

**4.7 out of 5**

Based on the opinion of 1,087 people

**Ratings and reviews have changed**

Now it's easier to find great businesses with recommendations

Learn More

MOST HELPFUL | MOST RECENT

**Chris Griffiths** recommends The Truth About Cancer.
May 21 ·

This is obviously Truth. You can feel the authenticity and intuit the Truth. This couple is so dedicated and brave. Their research is impeccable. They just want to protect humanity. I am so full of admiration for them and their work. Thanks must also go to their families. Thank you so very much. Xxx

3

**Emma Louise Napier** recommends The Truth About Cancer.
May 29 ·

Incredible, faith over fear, truth over lies!

**Chrisann Florentine** recommends The Truth About Cancer.
April 30 ·

Amazing truthful information from many doctors.

**Ann Landly** reviewed The Truth About Cancer — 5★
June 25, 2018 ·

This is an excellent series starting out in the first episode with the source of the problem: the medical schools and the pharmaceutical marriage and corruptions. It is a very good series with great testimonials and the truth about cancer! I highly recommend this series for anyone concerned about getting cancer or have a loved one with cancer or have cancer yourself. It will give you the answers you need!

17 · 6 Comments

**Tebello Clifford Mosito** Herpes can be treated and cured permanently but only
few believe it,, but I was among those who never
believed it until doctor herbal cured me of herpes, I... See More
2
1y

Joe Gutierrez replied · 1 Reply

**Marie-Josée Pilon** recommends The Truth About Cancer.
April 26 ·

These people are the only one giving you information that you can verified yourself. Amazing knowledge and information

1 Share

**Heidi Minett** recommends The Truth About Cancer.
May 13 ·

Honest info that I can research and verify. They don't want anything FROM me.... just want to save people from the nightmare they went through.

1

**See more of The Truth About Cancer on Facebook**

Log In or Create New Account

EXHIBIT E

The Truth About Cancer
@thetruthaboutcancer

Home
TTAC Live 2019!
Posts
**Reviews**
Videos
Photos
About
Events
Community
Groups
TTAC Book
Welcome
Pinterest
YouTube
Instagram

June 18, 2018

Truth? Really?
I tried having an open mind, but my goodness. That's time I'll never get back.
Thanks.
3

Annette Gaston 🚩 recommends The Truth About Cancer.
April 25

They share the truth. They are amazing, honest, thorough in their research.

Doris Kaye Cain reviewed The Truth About Cancer — 5★
June 10, 2018

I 've gained much knowledge and insight from all that you have published and presented in your docu-series. Thank you!!
1                                                                    1 Comment

Paty Osorio 🚩 recommends The Truth About Cancer.
April 25

They try their best to inform and give us as much as facts about holistic medicine versus traditional one. They give us hope and tools to take care of our bodies in a better way. I really appreciate their efforts! Thank you 😊
1 Share

Karen Allen reviewed The Truth About Cancer — 5★
June 11, 2018

Excellent seminars both the Truth about Cancer for people and the one for our Pets. Excellent!!!
2

See More ⌄

Pages ▶ Other ▶ Brand ▶ Website ▶ Health & Wellness Website ▶ The Truth About Cancer ▶ Reviews

English (US)   Español   Français (France)   中文(简体)   العربية   Português (Brasil)   한국어   Italiano   Deutsch   हिन्दी   日本語   +

Sign Up   Log In   Messenger   Facebook Lite   Watch   People   Pages   Page Categories   Places   Games   Locations   Marketplace
Facebook Pay   Groups   Oculus   Portal   Instagram   Local   Fundraisers   Services   About   Create Ad   Create Page   Developers
Careers   Privacy   Cookies   Ad Choices ▷   Terms   Help

Facebook © 2020

See more of The Truth About Cancer on Facebook

| Log In | or | Create New Account |



**4 STEPS** to Creating the Habit of Health

**IN JUST 30 MINUTES A DAY**

1. Drink 16 oz of Water upon waking up
2. 5 minutes of prayer and gratitude
3. 5 minutes of gentle movement
4. Drink a healthy nutrient-rich drink

**Why?** Because good health is a lifelong journey of **daily** education and **daily** practice.

The TRUTH About **CANCER**

**Naomi Ann Wennerholm**
All the steps listed remind me of my Paternal grandmother who died at the age of 103 and two months shy of her 104th birthday. And she was a retired nurse.
Like · Reply · 7w                                    1

👑 Top Fan
**Marilyn Morgan Holzerland**
I printed this out and it hangs on my bulletin board to the left of my computer monitor so I see it all the time!
Like · Reply · 7w                                    2

👑 Top Fan
**Angelica Carpenter**
Thank you from the bottom of my ❤️ heart you help so many you are loved !
Like · Reply · 7w

**Susan DeSantell**
Love these ideas. I'm going to write these out and hang them on my bathroom mirror so I'm reminded first thing every day!! ❤️🌸🌸🌸
Like · Reply · 7w · Edited                            1

**Johnny Carona**
This is one of the best no nonsense health posts I've seen
Like · Reply · 7w                                    1

**Theresa Craven**
Any ideas for the drink???

Write a comment...

EXHIBIT F



### The Message

The market has matured and they know that cancer can't be beat by just eating some apricot seeds or wishing it away. The Answer to Cancer delivers the WHOLE truth about cancer like never before.

### The Marketing

The chief marketer behind The Answer to Cancer is the same marketer who created, built and marketed The Truth About Cancer in which affiliates earned the highest EPCs and EPLs ever received in the history of docuseries launches.

### The Why



No one is safe and there isn't one prevention or treatment solution.

From 2014 - 2016, *The Truth About Cancer* (TTAC) launched a series of 3 groundbreaking and wildly successful docuseries'. They reached millions of people, saved countless lives, generated millions of dollars for mission based affiliates and launched a movement of docuseries' across multiple genres.

The unspoken downside to TTAC's message was that it bashed and villainized western medicine. Many of us can agree that the medical mafia is incredibly powerful and under regulated. However, there is value and necessity in some of these treatments for cancer patients.

**Cancer patients need to know the WHOLE truth about all the available prevention and treatment options, not just traditional and not just alternative.**

EXHIBIT G



- [About](#)
- [Launch](#)
- [FAQs](#)
- [Copy & Creatives](#)
- [REGISTER](#)

# Frequently Asked Questions

Affiliate Resource Center

## Q .Who's behind this launch?

A. 3 distinct and established teams have joined forces to create an epic docuseries and launch.

Jeff Hays and Patrick Gentempo from Revealed Films. Their docuseries' launches have had 1,000,000++ subscribers and $10+ million in total revenue.

Manny Goldman, the former Director of Traffic for The Truth About Cancer which he helped them go from 100,000 subscribers to 2,000,000 in 18 months. Currently the founder and CEO of The Sacred Plant and the CEO of The Healing Miracle.

Brett Fairall and Tracy Magee-Graham, have managed at least 10 mega successful launches and even more evergreen offers. Brett Fairall is the co-owner of Mimosa Mastermind, The Healing Miracle and DRJ Publishing (Dr. David Jockers).

## Q. What are your launch dates?

A. Pre-launch: July 23rd - August 2nd, 2020
Launch: August 3rd - 5th (starts tomorrow, tonight, now live)
Event: August 4th - 13th, 2020
Replay Weekend: August 15th - 16th, 2020

## Q. Is this a proven launch or a new launch?

EXHIBIT H

A. This is a new launch with a very proven team in production, conversions, traffic and execution. However we will GUARANTEE that this will be the highest converting health docuseries launch you promote all year.

Jeff Hays is known for being one of the special story tellers of this century.

**Q. What are your affiliate commission payouts?**

A. We pay the standard affiliate commissions for docuseries — 50% digital, 40% physical and 10% for 2nd tier commission.

**Q. When will you pay affiliate commissions?**

A. We pay affiliates every 30 days, 100% of their commissions owed. The first payment will be August 30th.

**Q. What is your cookie policy?**

A. For this first launch, we are first lead in, 90 day cookie. We intend to do a Facebook launch before the end of 2020 and invite the non-buyers to watch it again.

Your leads will be tagged to you and when one of your leads buys, you will be paid.

**Q. Will you have upsells?**

A. We will have 2 upsell offers. An interactive webinar series which has been proven to boost affiliate commissions by 40% within 3 months after the airing . The price point will start at $249 or 3 pay of $99. You will earn 25% commissions for this upsell.

In addition, a continuity newsletter which has been proven to boost by 10-20%. The price point will start be either $19 or $29. You will earn 20% commissions for this upsell. Both of these offers will be offered to the buyers of the docuseries during the live airing and the non-buyers within the first 90 days of the live airing. What's great is that you have a 90-day cookie on every lead you bring us.

**Q. Where can I access email swipe copy and social share images?**

**A.** We make it simple to spread the news about The Answer To Cancer documentary series. We've done the heavy lifting, so all you have to do is "Swipe and Share."

To view and download all your email swipes, banners, and related creatives click HERE.

**Q. What is your return policy?**

A. One year from purchase

**Q. What kind of landers will you have?**

A. Trailer / Event Sign Up, 2 Ebook landers (which will also include the Docuseries sign up).

**Q. Can I recruit my affiliates for a 2nd tier commission?**

A. Absolutely. You'll earn 10% on every gross dollar they generate. You will be tagged to your affiliates for life.

The sales leaderboard is sorted by total sales commissions not total sales. This all means more immediate commissions, more recurring commissions, bragging rights on the leaderboard and more opportunities to earn more affiliate prizes.

**Q. Will you have affiliate contest prizes?**

A. A. Yes, we're giving away more than $50,000 dollars in cash prizes. Go here to see the full list of prize details.

**Q. What is your recip policy?**

A. First and foremost, each reciprocal agreement needs to be approved upfront and before you send for us. We do have a 2,500 unique lead minimum that will need to be met before we reciprocate.

**Q. How will the list be used after the launch?**

A. We will first and foremost focus the list on content consumption for our docuseries and elegantly offering the on-demand access to the series.

After the event ends, we will be delivering a 10-week webinar series with each webinar being available for FREE for 48-hours with an opportunity to get unlimited, on-demand access to all 10 webinars + live Q&A calls.

You'll be earning ongoing commissions on this extensive "back-end" offer.

As we're delivering this webinar series, we'll also be fulfilling our reciprocals. The affiliates who sent the most leads will have the first option for recip dates.

Originally there were going to be 2 copies of the list that Jeff and Manny would manage separately. This is no longer the case. There will now only be 1 list, managed in the same ESP.

**Q. Who is your affiliate point of contact?**

A. We have 5 Affiliate Angels who will provide you with VIP Affiliate Concierge (Go here for a list of all the angels)

For links, swipe copy and social creatives, contact Rose Ann Caras at: affiliates@theanswertocancer.com or via Voxer: rannc5995 and via Skype: roseanc

**Q. What if my readers have questions for customer service, or need technical support? Who do I refer them to?**

A. support@theanswertocancer.com.

**Q. I forgot my username and/or password, how do I get back into my affiliate account?**

A. If you forgot your password, click here to reset. You will need your username or email address that you used to sign up to your account. This is the email address that you are receiving our affiliate emails from. If you still can't login, email us at

affiliates@theanswertocancer.com, and we'll send you your email and password.

**Q. What affiliate platform will we be using?**

A. We use Ontraport for managing our affiliate program and launches.

**Q. Do you have a minimum commission amount before I will get paid?**

A. Yes, you must earn at least $50 in commissions.

**Q. What do I need to do to ensure I receive my commission payment?**

A. Upon sign up, please provide either a valid PayPal email account or a physical address for us to mail commission checks.

# WE NEED YOUR HELP TO GET THE WORD OUT ON THIS POWERFUL CANCER DOCUMENTARY SERIES!

## Are You Ready To Help Share This Message With The World?

### YES! I WANT TO BE AN AFFILIATE!

*THESE STATEMENTS HAVE NOT BEEN EVALUATED BY THE FOOD AND DRUG ADMINISTRATION. THIS PRODUCT IS NOT INTENDED TO DIAGNOSE, TREAT, CURE OR PREVENT ANY DISEASE

THE STATEMENTS ON THIS WEBSITE AND ON THESE PRODUCT LABELS HAVE NOT BEEN EVALUATED BY THE FOOD AND DRUG ADMINISTRATION. THESE PRODUCTS ARE INTENDED AS A DIETARY SUPPLEMENT ONLY. PRODUCTS ARE NOT INTENDED TO DIAGNOSE, TREAT, CURE OR PREVENT ANY DISEASE. INDIVIDUAL RESULTS MAY VARY BASED ON AGE, GENDER, BODY TYPE, COMPLIANCE, AND OTHER FACTORS. ALL PRODUCTS ARE INTENDED FOR USE BY ADULTS OVER THE AGE OF 18. CONSULT A PHYSICIAN BEFORE TAKING ANY OF OUR PRODUCTS, ESPECIALLY IF YOU ARE PREGNANT,NURSING, TAKING MEDICATION, DIABETIC, OR HAVE ANY MEDICAL CONDITION.

TERMS & CONDITIONS

All Rights Reserved 2020 © TATC Publishing, LLC.



**EXHIBIT I**

# The Answer to Cancer: Watch the Powerful Documentary Series

*The Answer to Cancer documentary series is meant to help cancer patients avoid the traditional medical sector while curing their illnesses with healthy protocols, prevention and peace of mind.*

   

AdvancedLiving.com content provides generalized information only for education and entertainment. In no way is the content here a substitute for qualified medical advice. Always actively seek a professional dietitian, certified nutritionist, licensed specialist or your doctor for specific consultation before using any supplement our team reviews.

Get in touch at info@AdvancedLiving.com with any trending news, tips or review suggestions. Disclosure: link references clickthroughed can result in referral rewards to support our team.



By  **Live Healthier** › March 8, 2020   0   Full Disclosure    Guides   How To Be Healthy

The Answer to Cancer is a new documentary series focusing on alternative treatment options for cancer.

The documentary series follows in the footsteps of Jonathan Hunsaker's The Truth About Cancer, which was a three-part docuseries launched between 2014 and 2016. That docuseries also explored alternative treatment options for cancer.

Jonathan Hunsaker has teamed up with a new crew to launch 2020's version of his documentary: The Answer to Cancer.

The Answer to Cancer is scheduled to launch on April 7, 2020. You can sign up from March 26 to April 5, 2020.

The documentary series is free to attend. During the airing of the documentary, however, viewers will have the opportunity to purchase merchandise and film assets worth up to $279.

Keep reading to discover everything you need to know about The Answer to Cancer.

Watch The Answer to Cancer Documentary Series Here

**Contents** [hide]

1 What is The Answer to Cancer?
2 Who's Behind The Answer to Cancer?
3 What Will You Learn in The Answer to Cancer?
4 Frequently Asked Questions About The Answer to Cancer
    4.1 Q: Is The Answer to Cancer completely free?
    4.2 Q: Who is behind The Answer to Cancer?
    4.3 Q: Can The Answer to Cancer cure cancer?
    4.4 Q: Who can use The Answer to Cancer?
    4.5 Q: Is The Answer to Cancer safe?
5 How Much Does The Answer to Cancer Cost?
6 Final Word

## What is The Answer to Cancer?

The Answer to Cancer is an upcoming documentary that covers alternative treatments for cancer. The documentary is scheduled to air from April 7 to 16, including a replay weekend.

The documentary screening event is free to attend. All you need to do is enter your name and email address into an online form. You'll receive a link to view the event before it starts.

The Answer to Cancer is expected to highlight similar information to The Truth About Cancer, highlighting alternative treatments for cancer that aren't supported by modern science or medicine. The docuseries may dismiss chemotherapy and other traditional cancer treatments, for example, while emphasizing nutrition and immune system support.

The documentary series has not yet aired – for anything. Trailers and other information about the docuseries are expected to appear online in March 2020, with the full docuseries expected to air starting April 7.

## Who's Behind The Answer to Cancer?

The Answer to Cancer was produced by Jeff Hays, a filmmaker and entrepreneur with 20+ years of industry experience. Hays has previously worked with Kevin Costner and Hilary Swank, among other notable actors. His documentaries have also been shortlisted for an Academy Award.

The Answer to Cancer sales page describes filmmaker Jeff Hays as "a legend in the industry". His recent health documentaries include "Supplements Revealed", "Bought", "Doctored", and "Undoctored".

The Answer to Cancer is hosted by Dr. Patrick Gentempo, described as "a well-known and respected star in the world of health, wellness and business". Dr. Gentempo is not a medical doctor: he's a chiropractor. He sold a successful diagnostic technology business in 2011 and has recently expanded into filmmaking.

The Answer to Cancer is being promoted online by Jonathan Hunsaker, best-known for launching The Truth About Cancer between 2014 and 2016. Hunsaker's copy and businesses have generated over $150 million in sales over the last ten years.

## What Will You Learn in The Answer to Cancer?

The Answer to Cancer explores alternative treatments to cancer. The docuseries was created based on the premise that patients deserve to know all available treatments and medications for cancer – even the treatments that aren't supported by modern medicine.

"No disease on the planet affects more people, gets more attention or creates more emotion than cancer," explains The Answer to Cancer sales page.

"How many people have you lost in your life to cancer? What would your life look like if they were still here? This is why The Answer to Cancer is so important right now."

The Answer to Cancer will cover topics similar to what was covered in The Truth About Cancer back in 2014-2016. Covered topics include:

- The politics of cancer research and treatment
- The takeover of medical education by specialist interest groups with for-profit agendas
- How and why certain life-saving treatments have been kept from the public
- Tests that your doctor may not know how to order, and how to get those tests
- Protocols for alternative cancer treatment
- Detoxification, nutrition, and herbal remedies to reduce the risk of cancer
- Enzyme and metabolic or mitochondrial therapies for cancer
- Bio-oxidative therapies for cancer
- Healing cancer with sound, light, and electricity
- Real stories of people who have used these protocols to heal

As you can see, the emphasis is on alternative therapies for cancer: not modern medicine, conventional treatments, or typical cancer drugs. These are the treatments that are not supported by major scientific evidence or medical doctors: they're alternative treatments for people who want to take a different approach to cancer.

The Answer to Cancer docu-series emphasizes that doctors aren't taught to heal cancer: they're taught to prescribe drugs. The docu-series also brings up the fact that people don't die from cancer: they die from the consequences of cancer treatment.

Many of the opinions in The Answer to Cancer are controversial. Many of the claims are unproven. Other claims are based on limited scientific evidence – or no scientific evidence whatsoever.

Again, The Answer to Cancer emphasizes *alternative* cancer treatment.

The opinions in The Truth About Cancer are highly controversial. You can read a detailed explanation of *why* they're controversial here. Science Based Medicine did a detailed breakdown of each claim made in the original The Truth About Cancer docu-series. The Answer to Cancer is expected to highlight similar information.

Most will dismiss the information in The Answer to Cancer as junk science that gives false hope to the most vulnerable people in the world. Others may see some value in the information.

Ultimately, The Answer to Cancer has not yet aired, and it's unclear what kind of information will be featured in the docuseries. However, if The Answer to Cancer is similar to The Truth About Cancer, then you can expect controversial opinions – including negative stances towards chemotherapy, modern medicine, and conventional cancer treatments.

## Frequently Asked Questions About The Answer to Cancer

Cancer is a serious topic. Users probably have several questions about the solutions presented by The Answer to Cancer documentary series. This section will answer some of the most commonly asked questions about The Answer to Cancer.

### Q: Is The Answer to Cancer completely free?

A: The original documentary series is free. Users only need to sign up to attend the series. While the documentary is being aired, users will have the chance to buy additional items and resources related to the document and its contents. The total value of these items will be around $279, although we speculate that the event will offer discounts pretty frequently at the event.

### Q: Who is behind The Answer to Cancer?

A: The documentary series is hosted by Dr. Patrick Gentempo. While this doctor is not a medical professional in the traditional sense, he is a licensed chiropractor. He's known to be a "respected star" within the wellness and alternative health industries. However, users should be aware that this solution to cancer has been developed by an individual who is not licensed as an oncologist.

### Q: Can The Answer to Cancer cure cancer?

A: We are not willing to endorse The Answer to Cancer as a standalone solution to any type of cancer. Cancer is a serious disease, and medical science has come a long way to provide patients with effective ways to safely combat nearly any kind of cancer. Very few medical professionals would recommend that cancer patients ditch their chemotherapy for a new diet, for example. However, some parts of the documentary series still remain true; nutrition and diet can be indispensable tools in combating cancer, especially when paired with an effective treatment plan.

### Q: Who can use The Answer to Cancer?

A: This program is recommended for anyone who wants to optimize their cancer treatment or help friends and family to do the same. However, we recommend strongly that users consult their primary care physician before relying on any of the advice included in The Answer to Cancer.

### Q: Is The Answer to Cancer safe?

A: Especially since the documentary series has not yet been released, it's tough to say if the recommendations included in the system is safe. However, we recommend that the nutritional and exercise advice given in the series is used only with the approval of a medical professional, and usually only in conjunction with traditional treatment methods.

## How Much Does The Answer to Cancer Cost?

The Answer to Cancer is free to attend.

You can sign up by entering your email address into the contact page. There are multiple landing pages available across the internet.

## Final Word

The Answer to Cancer is a series of documentaries examining alternative treatments to cancer.

The docuseries is airing online starting April 7, 2020. You can sign up for free today, then receive a link to view the event before it airs. Although the event is genuinely free to attend, viewers will have the opportunity to purchase multiple products throughout the event.

To learn more about The Answer to Cancer and its alternative treatment methods, sign up to watch the free docuseries online today.

Watch The Answer to Cancer Documentary Series Here

---



**Live Healthier**

Advanced Living is a leading lifestyle wellness enhancement movement that highlights health awareness, provides educational research and delivers perpetual knowledge on how to live your best life in 2020 and beyond so you can master the art of aging gracefully in this lifetime. From high energy insights on trending news to truth-seeking analysis for supplement reviews, Advanced Living exists to optimize your well-being universe and act as a genuine guide for personal transformation, spiritual enlightenment and essential wholeness.

AdvancedLiving.com may receive a small reward on product purchases using links within reviews. For optimal transparency, see the full disclosure on how this process works to support our team's mission of creating Advanced Living for you.

Previous article
ReadiMask with Eyeshield: Safe N99 Particulate Respirator Face Mask?

Next article
Reviewing the Research on For The Biome Skincare Products

More Supplement Reviews and Product Research

Creams & Serums
Reviewing the Top 20 Best Wrinkle Creams That Really Work in 2020

Weight Loss
Top 10 Best Garcinia Cambogia Supplements in 2020

Weight Loss
Top 10 Best Forskolin Brands in 2020

Male Enhancement
Top 20 Best Male Enhancement Pills in 2020: Men's Sexual Performance Guide

SuperFoods
Top 5 Best Cocoa Flavanol Supplements in 2020

How To Lose Weight
Intermittent Fasting 2020 Guide: IF Diet Plan Types and Weight Loss Benefits

Probiotics
Top 10 Best Leaky Gut Supplements in 2020: What is Leaky Gut Syndrome Guide

SuperFoods
Supplements Revealed: Watch the Documentary Film Movie Trailer Now

Hair Growth
Top 20 Best Hair Growth Vitamins and Hair Loss Supplements

Keto Diet
Top 12 Best Keto Shakes to Review and Buy in 2020

Keto Diet
Top 10 Best Keto Diet Pills in 2020

Antioxidants
Top 10 Best Turmeric Supplements in 2020: Benefits and FAQ

in 2020

Research Guide

Vitamins

Health

Antioxidants

Supplements

Top 10 Best Vitamin D
Supplements in 2020:
Benefits & Deficiency
FAQ

Top 10 Best Lung
Health Supplements for
Natural Breathing
Benefits in 2020

Top 5 Pycnogenol
Supplements in 2020:
Best French Maritime
Pine Bark Extracts

Top 10 Best Aloe Vera
Supplements in 2020:
Benefits and FAQ
Research Guide

Case 3:20-cv-00696   Document 12-1   Filed 09/11/20   Page 40 of 66 PageID #: 153

Eva Simps

Email: specialwoman355@aol.com

Date of export: Sep 8, 2020
Status: Resolved
Department: TTAV Customer Support
Assigned to: Sarah
Created: Aug 4, 2020
Last change: Aug 5, 2020
Tags: Management TATC

---

**System**

04 Aug, 2020
07:16:06

*From: The Truth About Vaccines Support <support@thetruthaboutvaccines.com>*

*To: EVA SImps <specialwoman355@aol.com>*

*Subject: ticket MNJ-GCVGS-485 - ⏰ LAST CHANCE to SAVE 78% ⌛ [5 Hours Left]*

Hi EVA,

Thank you for contacting us at The Truth About Vaccines!

One of our Customer Service Representatives will be in touch as soon as possible if this is a product-related request.

In the meantime, please check out our frequently asked questions page for answers to common questions: https://thetruthaboutvaccines.com/frequently-asked-questions/

Thank you for supporting our mission!

TTAV Team

**Eva Simps**

04 Aug, 2020
07:16:06

*From: EVA SImps <specialwoman355@aol.com>*

*To: support@thetruthaboutvaccines.com*

*Subject: Re: ⏰ LAST CHANCE to SAVE 78% ⌛ [5 Hours Left]*

I am disappointed  , didn't get the daily reminders
I just signed up for Answer to Cancer , and thought it was your videos.  Are you related to t
hese videos?


Sent from my iPhone


On Aug 3, 2020, at 7:17 PM, Ty & Charlene <info@thetruthaboutvaccines.com> wrote:


 :alarm_clock: LAST CHANCE to SAVE 78% :hourglass: [5 Hours Left]
Just a quick reminder EVA…

Today is the final day to watch all 9 episodes of "**The Truth About Cancer®: A GLOBAL
 QUEST**" and own the entire DVD series for **78% OFF**!

Our **CLEARANCE SALE** ends when the clock strikes zero …




>> **WATCH ENTIRE DOCU-SERIES HERE ... 100% FREE.**

And please remember…

Cancer is **NOT** a death sentence. There is always hope!

God Bless!

☼ Ty & Charlene ☼

**P.S.** HURRY, this offer expires at midnight! **Get your copy here.**

© Copyright 2020, TTAV Global LLC, All Rights Reserved.

This email was sent to specialwoman355@aol.com

by info@thetruthaboutvaccines.com

PO Box 530, Portland, TN 37148

Edit Profile | Manage Subscriptions | Report Spam

**Felicia L.** assigned ticket to Felicia L.

04 Aug, 2020
15:46:33

**Felicia L.**

04 Aug, 2020
15:46:51

added tag  Management TATC

**Felicia L.** wrote note

04 Aug, 2020
15:47:37

> Cx states they signed up to Answer to Cancer and wants to know if we're related
> No cx info in LU w/email

**Felicia L.** assigned ticket to Sarah

04 Aug, 2020
15:47:43

**Sarah**

*From: Sarah <support@thetruthaboutvaccines.com>*

*To: Eva Simps <specialwoman355@aol.com>*

*Subject: Re: 🗞️ LAST CHANCE to SAVE 78% ⌛ [5 Hours Left] - [MNJ-GCVGS-485]*

Hi Eva,

Thank you for contacting The Truth About Vaccines.

We appreciate you reaching out to us. We are not affiliated with The Answer To Cancer in any way.

Please let us know if we can be of further assistance.

Thank you for your ongoing support of our mission.

Sincerely,
Sarah
Customer Service Manager
The Truth About Vaccines

Website: https://thetruthaboutvaccines.com/
Phone Number: 1-775-473-9225
Support Email: support@thetruthaboutvaccines.com

---
To rate this answer or view ticket history please follow the link:
https://support.thetruthaboutcancer.com/ticket_0032Q36ady3p9356
Powered by LiveAgent.
-----Original message-----
From: The Truth About Vaccines Support <support@thetruthaboutvaccines.com>
Sent: 08/04/2020 07:16:06

> Hi EVA,
>
> Thank you for contacting us at The Truth About Vaccines!
>
> One of our Customer Service Representatives will be in touch as soon
> as possible if this is a product-related request.
>
> In the meantime, please check out our frequently asked questions page

> for answers to common questions: https://thetruthaboutvaccines.com/frequently-asked-questions/
>
> Thank you for supporting our mission!
>
> TTAV Team
>
> -----Original message-----
> From: EVA SImps <specialwoman355@aol.com>
> Sent: 08/04/2020 07:15:13
>
> > I am disappointed , didn't get the daily reminders I just signed
> > up for Answer to Cancer , and thought it was your videos. Are you
> related
> > to these videos?
> >
> >
> > Sent from my iPhone
> >
> > On Aug 3, 2020, at 7:17 PM, Ty & Charlene <info@thetruthaboutvaccines.com>
> > wrote:

**Sarah** resolved ticket

05 Aug, 2020
08:23:40

Powered by LiveAgent

# Thank you for registering (important details inside)

STN-VTSZB-719

---

Sie Yin Ho

Email: sieyinho@gmail.com

Date of export: Sep 8, 2020
Status: Resolved
Department: TTAV Customer Support
Assigned to: Sarah
Created: Aug 1, 2020
Last change: Aug 5, 2020
Tags: Management TATC

---

**System**

01 Aug, 2020
20:32:05

*From: The Truth About Vaccines Support <support@thetruthaboutvaccines.com>*

*To: Sie Yin Ho <sieyinho@gmail.com>*

*Subject: ticket STN-VTSZB-719 - Thank you for registering (important details inside)*

Hi Sie,

Thank you for contacting us at The Truth About Vaccines!

One of our Customer Service Representatives will be in touch as soon as possible if this is a product-related request.

In the meantime, please check out our frequently asked questions page for answers to common questions: https://thetruthaboutvaccines.com/frequently-asked-questions/

Thank you for supporting our mission!

TTAV Team

**Sie Yin Ho**

*From: Sie Yin Ho <sieyinho@gmail.com>*

*To: support@thetruthaboutvaccines.com*

*Subject: Fwd: Thank you for registering (important details inside)*

FYI

---------- Forwarded message ---------
From: Sie Yin Ho <sieyinho@gmail.com>
Date: Sun, 2 Aug 2020 at 9:30 AM
Subject: Fwd: Thank you for registering (important details inside)
To: info@thetruthaboutvaccines.com <info@thetruthaboutvaccines.com>


Dear Ty, Charlene and Team,

Thank you for all the work that you do.

Are you aware of this knock off docu series? It was shared by a friend who said it's the new and updated version of TTAC. I thought you might want to send a word out to warn people.

Thank you!
Yin

---------- Forwarded message ---------
From: The Answer To Cancer <support@theanswertocancer.com>
Date: Sun, 2 Aug 2020 at 8:15 AM
Subject: Thank you for registering (important details inside)
To: Yin <sieyinho@gmail.com>


Hi Yin,

Thank you SO much for registering to watch our documentary series, The Answer To Cancer: Protocols, Prevention, and Peace of Mind.

Before we continue with the schedule, we want to make sure you receive all of our updates moving forward and the best way to do that is to get notified via Facebook messenger.

Click Here To Receive Notifications Via Messenger

...The last thing we would ever want is for you to miss an episode or two because our emails went to spam or got lost in the shuffle.

This will guarantee you receive all our updates!

Now, you're going to discover the latest scientifically proven natural and alternative solutions to treat cancer and how they impact other treatments.

In addition, you're going to learn the best-in-class new conventional treatments that are highly targeted, more effective, and much less damaging to your body than old-school slash, burn, and poison methods.

AND... Little-known but powerful prevention methods that are all-natural, easy, and affordable – many of which you can do in the comfort of your own home.

Joining us on this journey will take you to places you never thought possible.

This docuseries will reveal a side of cancer and today's most effective approaches to healing like you've never seen before. To call it revealing is an understatement.

This free worldwide screening starts Tuesday, August 4th, 2020 at 9:00 pm Eastern.

Since each episode is only available for 24 hours, it's vital that you receive our emails. Please click here and follow these instructions to ensure you get them.

## Here's What You Can Expect in "The Answer To Cancer"...

### Lesson 1: Profound Personal Discoveries & Breakthroughs
(Airs on Tuesday, August 4th at 9 p.m. Eastern)

### Lesson 2: Refuse To Let Cancer Win
(Airs on Wednesday, August 5th at 9 p.m. Eastern)

### Lesson 3: Alternative Methods For You & Your Loved Ones
(Airs on Thursday, August 6th at 9 p.m. Eastern)

### Lesson 4: Going All Natural & The Power Of Plants
(Airs on Friday, August 7th at 9 p.m. Eastern)

### Lesson 5: Deep Cellular Healing
(Airs on Saturday, August 8th at 9 p.m. Eastern)

### Lesson 6: Combining Holistic & Conventional Methods
(Airs on Sunday, August 9th at 9 p.m. Eastern)

### Lesson 7: Advanced Scientific Protocols
(Airs on Monday, August 10th at 9 p.m. Eastern)

### Lesson 8: Accelerated Healing
(Airs on Tuesday, August 11th at 9 p.m. Eastern)

### Lesson 9: Finding Your Answers To Cancer
(Airs on Wednesday, August 12th at 9 p.m. Eastern)

Each lesson will be available for 24 hours online for you to watch, then we have to take it down to put up the next lesson.

But don't worry, we'll send you a reminder before each episode is live with the direct link to watch.

# 3 Very Important Next Steps:

Step #1: Get Notified On All Episodes

With episodes airing for only 24 hours, the last thing we want to do is have you miss a single second of any episode. So we invite you to accept notifications via Facebook messenger.

Click Here To Be Notified Via Facebook Messenger

Don't worry, you can cancel notifications at any time.

Step #2: Confirm All Emails

Please add our email address support@theanswertocancer.com to your Contacts so our emails actually reach you. If you don't, there's a chance our emails could go to your promotions folder or, even worse, Spam. Click here and follow these instructions to ensure you get them.

Step #3: Join Our Private Facebook Group

Join Our Private 'The Answer To Cancer: Research, Recipes and Community' Facebook Group so you receive the latest updates about cancer therapy, breakthroughs, and related treatments, and The Answer To Cancer Documentary series.

Our group contains some really incredible people. The conversations are very interactive and we highly recommend you stop by and see what people are doing to win the fight against cancer in their own lives.

Step #4: Invite Friends and Family to Watch

You can literally save lives by sharing this information. The research, expert interviews, and first-hand survivor stories you're going to experience will not only enlighten, educate, and inspire your loved ones…

Please share this link —> https://www.TheAnswerToCancer.com

But will also show them a form of safe, non-toxic, and natural treatment that works miracles, whereas prescription drugs and addictive medications have made matters worse… and make getting healthy almost impossible.

To your most incredible health…

The Answer To Cancer Team

P.S. Look out for a very important email from our host, Patrick Gentempo tomorrow. I promise it will give you an insight into some modern cancer fighting techniques that can impact you, your family, your job, and especially any pain you may be experiencing.

We're so glad you're joining us on this journey.

© Copyright 2020, TATC Publishing, LLC


All Rights Reserved. Disclaimer: This message is confidential and proprietary to TATC Publishing, LLC ("The Answer to Cancer"). If you are not the intended recipient please either destroy this e-mail immediately and don't rely on its contents, or return it immediately to the person named above. Thank you.

The information in this e-mail and on our website "theanswertocancer" is presented "as is" for educational purposes only. It is not intended as a substitute for the diagnosis, treatment, or advice of a qualified, licensed medical professional. The facts presented in this e-mail or on the website are offered as information only, not medical advice, and in no way should anyone infer that we are practicing medicine. Seek the advice of a medical professional for proper application of this material to any specific situation. No statement in this e-mail or on the website has been evaluated by the United States Food and Drug Administration or any other regulatory authority. Any product mentioned or described on this website is not intended to diagnose, treat, cure, or prevent any disease. We recommend that you do your own independent research before purchasing anything.

If you do not want to be bound by the terms of this e-mail or the website, please do not respond to this e-mail and do not use the website.

TERMS POLICY | PRIVACY POLICY

If you wish to stop receiving our emails or change your subscription options, please Manage Your Subscription
TATC Publishing, LLC., P.O. Box 80267, Las Vegas, NV 89180, US

**Mary**

added tag  Management TATC

**Mary** assigned ticket to Sarah

**Sarah** wrote note

CX emailing us to warn us about Answer to Cancer
Emailing cx not affiliated and emailing to Charlene/Dess and Ty

**Sarah**

*From: Sarah <support@thetruthaboutvaccines.com>*

*To: Sie Yin Ho <sieyinho@gmail.com>*

*Subject: Re: Thank you for registering (important details inside) - [STN-VTSZB-719]*

Hi Sie,

Thank you for contacting The Truth About Vaccines.

We appreciate you reaching out to us. We are not affiliated with The Answer To Cancer in any way.

Please let us know if we can be of further assistance.

Thank you for your ongoing support of our mission.


Sincerely,
Sarah
Customer Service Manager
The Truth About Vaccines

Website: https://thetruthaboutvaccines.com/
Phone Number: 1-775-473-9225
Support Email: support@thetruthaboutvaccines.com


---
To rate this answer or view ticket history please follow the link:
https://support.thetruthaboutcancer.com/ticket_3e2XaXmor56ZC2v1
Powered by LiveAgent.
-----Original message-----
From: The Truth About Vaccines Support <support@thetruthaboutvaccines.com>
Sent: 08/01/2020 20:32:05

> Hi Sie,
>
> Thank you for contacting us at The Truth About Vaccines!
>
> One of our Customer Service Representatives will be in touch as soon
> as possible if this is a product-related request.
>
> In the meantime, please check out our frequently asked questions page

> for answers to common questions: https://thetruthaboutvaccines.com/frequently-asked-questions/
>
> Thank you for supporting our mission!
>
> TTAV Team
>
> -----Original message-----
> From: Sie Yin Ho <sieyinho@gmail.com>
> Sent: 08/01/2020 20:31:54
>
> > FYI

**Sarah** postponed ticket till 08/03/2020 19:46:35

03 Aug, 2020
15:46:36

**Sarah** resolved ticket

05 Aug, 2020
08:18:38

Powered by LiveAgent

# [15 hours left] ⏰ Save 78% on "Cancer" DVDs

XTN-VKXWB-603

---

Kim Bucao

Email: kimbucao@gmail.com

Date of export: Sep 8, 2020
Status: Resolved
Department: TTAV Customer Support
Assigned to: Sarah
Created: Aug 10, 2020
Last change: Aug 14, 2020
Tags: feedback, Management TATC, Daily Email

---

**System**

10 Aug, 2020
10:40:04

*From: The Truth About Vaccines Support <support@thetruthaboutvaccines.com>*

*To: Kim Bucao <kimbucao@gmail.com>*

*Subject: ticket XTN-VKXWB-603 - [15 hours left] ⏰ Save 78% on "Cancer" DVDs*

Hi Kim,

Thank you for contacting us at The Truth About Vaccines!

One of our Customer Service Representatives will be in touch as soon as possible if this is a product-related request.

In the meantime, please check out our frequently asked questions page for answers to common questions: https://thetruthaboutvaccines.com/frequently-asked-questions/

Thank you for supporting our mission!

TTAV Team



**Kim Bucao**

*From: Kim Bucao <kimbucao@gmail.com>*

*To: support@thetruthaboutvaccines.com*

*Subject: Re: [15 hours left] 📀 Save 78% on "Cancer" DVDs*

I'm wondering why you're running this at the same time as The Answer to Cancer. This is too much information for one time period.

On Mon, Aug 10, 2020 at 8:23 AM Ty & Charlene <info@thetruthaboutvaccines.com> wrote:

*Monday August 10, 2020*

Kim Bucao,

Over the weekend, we gave you the opportunity to watch **all 23 episodes** of our most powerful cancer documentaries in our **72 hour MEGA MARATHON**.

If you missed an episode or simply want to watch one again, TODAY is the last day for you to watch before we take them down.

*"Why do you show them all for free?"*

Great question!  ;-)

We wanted to give everyone a chance to learn this life-saving information about how to **TREAT** and **BEAT** cancer!

It's been our mission since 1996, when we lost Dad to cancer...

The truth is that no matter how many people shave their heads or run for the cure or cycle all over the place, the "cancer war" will never be won as long as cancer patients believe that their only options are chemo, radiation, and surgery.

**These are not your only options!**

There **are** natural treatments that work!

>> **LEARN ABOUT THEM HERE.**

And remember, **until midnight,** we are offering up to <span style="color:red">**78% OFF**</span> on all our cancer do cumentaries.

Remember, cancer does **NOT** have to be a death sentence.

There is always **hope**!

>> **CLICK HERE to SAVE 78%.**

God bless!

☼ Ty & Charlene ☼

**P.S.** Hurry! This offer expires when the countdown clock strikes zero. And we don't w ant you to miss your chance to **grab your copy** and <span style="color:red">**save 78%**</span>.

© Copyright 2020, TTAV Global LLC, All Rights Reserved.

This email was sent to kimbucao@gmail.com

by info@thetruthaboutvaccines.com

PO Box 530, Portland TN 37148

Edit Profile | Manage Subscriptions | Report Spam

--

I have no greater joy than to hear that my children walk in truth.  3 John 4

---

**Mary**                                                                11 Aug, 2020
                                                                        08:39:24

added tag   Daily Email

**Mary**                                                                11 Aug, 2020
                                                                        08:39:32

added tag   Management TATC

**Mary** assigned ticket to Sarah

**Mary** wrote note

> 811221 Mary K. Bucao kimbucao@gmail.com $104.95 wc-refunded 2016-04-23 22:56:
> 00

**Sarah**

added tag    feedback

**Sarah**

*From: Sarah <support@thetruthaboutvaccines.com>*

*To: Kim Bucao <kimbucao@gmail.com>*

*Subject: Re: [15 hours left] 🕰 Save 78% on "Cancer" DVDs - [XTN-VKXWB-603]*

Hi Kim,

Thank you for contacting The Truth About Cancer.

We appreciate you reaching out to us about this, and we will pass your feedback onward!

We are not affiliated with The Answer To Cancer in any way.

Please let us know if we can be of further assistance.

Thank you for your support of our mission!


Sincerely,
Sarah
Customer Service Manager
The Truth About Vaccines

Website: https://thetruthaboutvaccines.com/
Phone Number: 1-775-473-9225
Support Email: support@thetruthaboutvaccines.com


---
To rate this answer or view ticket history please follow the link:
https://support.thetruthaboutcancer.com/ticket_Jj25RkjXjFLy2Sm6
Powered by LiveAgent.
-----Original message-----
From: The Truth About Vaccines Support <support@thetruthaboutvaccines.com>
Sent: 08/10/2020 10:40:04

> Hi Kim,
>
> Thank you for contacting us at The Truth About Vaccines!
>
> One of our Customer Service Representatives will be in touch as soon
> as possible if this is a product-related request.
>

> In the meantime, please check out our frequently asked questions page
> for answers to common questions: https://thetruthaboutvaccines.com/frequently-asked-questions/
>
> Thank you for supporting our mission!
>
> TTAV Team
>
> -----Original message-----
> From: Kim Bucao <kimbucao@gmail.com>
> Sent: 08/10/2020 10:39:44
>
> > I'm wondering why you're running this at the same time as The
> Answer
> > to Cancer. This is too much information for one time period.

**Sarah** postponed ticket till 08/12/2020 21:22:24

12 Aug, 2020
17:22:25

**Sarah** wrote note

14 Aug, 2020
08:00:03

emailed not affiliated and feedback

added to drive and emailed to Ty/Charlene/Dess

**Sarah** resolved ticket

14 Aug, 2020
08:00:05

Powered by LiveAgent

# [FINAL HOURS] ⌛ Clearance SALE ends in ⑤…④…③...②...①

CKP-VWQXG-198

### Margie Aleo

Email:
Kangenmiracles@gmail.com
Phone: +16178233317
Country code: US

Date of export: Sep 8, 2020
Status: Resolved
Department: TTAV Customer Support
Assigned to: Sarah
Created: Aug 10, 2020
Last change: Aug 14, 2020
Tags: Positive Feedback, Management TATC, Shared Info With Us, Daily Email, CX Thank You Response

---

**Margie Aleo**                                                    10 Aug, 2020
                                                                    19:39:04

*From: Marjorie Aleo <kangenmiracles@gmail.com>*

*To: support@thetruthaboutvaccines.com*

*Subject: Re: [FINAL HOURS] ⌛ Clearance SALE ends in ⑤…④…③...②...①*

I didn't realize this was playing! Too bad. I forwarded it to others with only 3 hrs left.

The Answer to Cancer series is playing now & it's long. Sometimes 3 hours in one day. I p refer your format of short concise interviews vs long ones. But it's great too, like all of your series!

Thanks for all you do!!  You are wonderful!
Margie Aleo


On Aug 10, 2020, at 7:23 PM, Ty & Charlene <info@thetruthaboutvaccines.com> wrote:


[FINAL HOURS] :hourglass: Clearance SALE ends in ⑤…④…③...②...①
Just a quick reminder Margie…

Today is the final day to watch **all 23 episodes** of our most powerful cancer docume ntaries in our **72 hour MEGA MARATHON**.

>> **WATCH FREE NOW** .

Also, if you're "on the fence" about **OWNING these life-saving documentary films**, we've also extended the **78% OFF CLEARANCE PRICE** until tonight at midnight as well, at which time the price of all 3 docu-series will increase from $77 to over $300, so **don't delay**!

This "extended" special offer expires when the countdown clock strikes zero...

Remember, cancer does **NOT** have to be a death sentence.

There is always **hope**!

>> **CLICK HERE to SAVE 78%.**

God bless!

☼ Ty & Charlene ☼

© Copyright 2020, TTAV Global LLC, All Rights Reserved.

This email was sent to kangenmiracles@gmail.com

by info@thetruthaboutvaccines.com

PO Box 530, Portland, TN 37148

Edit Profile | Manage Subscriptions | Report Spam

**System**

10 Aug, 2020
19:39:05

*From: The Truth About Vaccines Support <support@thetruthaboutvaccines.com>*

*To: Margie Aleo <Kangenmiracles@gmail.com>*

*Subject: ticket CKP-VWQXG-198 - [FINAL HOURS] ⏳ Clearance SALE ends in ⑤…④… ③…②…①*

Hi Margie,

Thank you for contacting us at The Truth About Vaccines!

One of our Customer Service Representatives will be in touch as soon as possible if this is a product-related request.

In the meantime, please check out our frequently asked questions page for answers to common questions: https://thetruthaboutvaccines.com/frequently-asked-questions/

Thank you for supporting our mission!

TTAV Team

---

**Mary** assigned ticket to Mary

11 Aug, 2020
11:18:18

**Mary**

11 Aug, 2020
11:18:23

added tag   Daily Email

**Mary**

11 Aug, 2020
11:18:28

added tag   Positive Feedback

**Mary**

11 Aug, 2020
11:18:31

added tag   CX Thank You Response

**Mary**

added tag  *Shared Info With Us*

**Mary** wrote note

TTAC-17129376 Margie Aleo kangenmiracles@gmail.com $47.00 paid 2019-12-15T06:42:37-05:00

TTAC-17127000 Margie Aleo kangenmiracles@gmail.com $74.00 paid 2019-12-09T19:15:38-05:00

TTAC-1796035 Margie Aleo kangenmiracles@gmail.com $53.91 paid 2019-04-14T23:08:33-04:00

TTAC-1795958 Margie Aleo kangenmiracles@gmail.com $197.00 paid 2019-04-14T22:51:15-04:00

TTAC-1769508 Margie Aleo kangenmiracles@gmail.com $49.00 paid 2018-12-15T04:57:10-05:00

TTAC-1715356 Margie Aleo kangenmiracles@gmail.com $49.00 paid 2017-12-15T13:43:17-05:00

1549095 Marjorie Aleo kangenmiracles@gmail.com $306.95 wc-completed 2017-06-04 21:52:56

1317184 Margie Aleo kangenmiracles@gmail.com $19.90 wc-completed 2016-12-04 09:59:38

1317159 Margie Aleo kangenmiracles@gmail.com $49.00 wc-completed 2016-12-04 09:52:57

1317160 Margie Aleo kangenmiracles@gmail.com $49.00 wc-active 2016-12-04 09:52:53

1223581 Margie Aleo kangenmiracles@gmail.com $204.95 wc-completed 2016-10-18 22:52:39

106064 Marjorie Aleo kangenmiracles@gmail.com $0.00 wc-completed 2015-10-18 08:10:57

347999 Marjorie Aleo kangenmiracles@gmail.com $9 wc-cancelled 2015-10-18 08:10:56

106033 Marjorie Aleo kangenmiracles@gmail.com $306.95 wc-completed 2015-10-18 08:02:48

**Mary** wrote note

> TTAC-1748687 Margie Aleo marjoriealeo@comcast.net $164.00 paid 2018-09-25T05:
> 47:52-04:00
> TTAC-1735902 Margie Aleo marjoriealeo@comcast.net $97.00 paid 2018-04-13T21:3
> 3:17-04:00
> TTAC-1713530 Margie Aleo marjoriealeo@comcast.net $147.00 paid 2017-11-26T21:
> 56:43-05:00
> TTAC-175945 Margie Aleo marjoriealeo@comcast.net $301.95 paid 2017-10-08T20:2
> 7:25-04:00
> 1248073 Margie Aleo marjoriealeo@comcast.net $204.95 wc-completed 2016-10-23 2
> 3:01:01

**Mary**

11 Aug, 2020
11:30:13

added tag  Management TATC

**Mary** assigned ticket to Sarah

11 Aug, 2020
11:30:30

**Sarah** wrote note

12 Aug, 2020
17:24:14

> cx feedback regarding atc and our free viewing period
>
> reply feedback pass it on and not affiliated with TATC

**Sarah**

*From: Sarah <support@thetruthaboutvaccines.com>*

*To: Margie Aleo <Kangenmiracles@gmail.com>*

*Subject: Re: [FINAL HOURS] ⌛ Clearance SALE ends in ⑤…④…③...②...① - [CKP-VW QXG-198]*

Hi Margie,

Thank you for contacting The Truth About Cancer.

We appreciate you reaching out to us about this, and we will pass your feedback onward!

We are not affiliated with The Answer To Cancer in any way.

Please let us know if we can be of further assistance.

Thank you for your longtime support of our mission!


Sincerely,
Sarah
Customer Service Manager
The Truth About Vaccines

Website: https://thetruthaboutvaccines.com/
Phone Number: 1-775-473-9225
Support Email: support@thetruthaboutvaccines.com


---
To rate this answer or view ticket history please follow the link:
https://support.thetruthaboutcancer.com/ticket_HP4anR7HK3o39WgL
Powered by LiveAgent.
-----Original message-----
From: The Truth About Vaccines Support <support@thetruthaboutvaccines.com>
Sent: 08/10/2020 19:39:05

> Hi Margie,
>
> Thank you for contacting us at The Truth About Vaccines!
>
> One of our Customer Service Representatives will be in touch as soon
> as possible if this is a product-related request.
>

> In the meantime, please check out our frequently asked questions page
> for answers to common questions: https://thetruthaboutvaccines.com/frequently-asked-questions/
>
> Thank you for supporting our mission!
>
> TTAV Team
>
> -----Original message-----
> From: Marjorie Aleo <kangenmiracles@gmail.com>
> Sent: 08/10/2020 19:38:04
>
> > I didn't realize this was playing! Too bad. I forwarded it to others
> > with only 3 hrs left.
> >
> > The Answer to Cancer series is playing now & it's long. Sometimes
> > 3 hours in one day. I prefer your format of short concise interviews
> > vs long ones. But it's great too, like all of your series!
> >
> > Thanks for all you do!! You are wonderful!
> > Margie Aleo
> >
> >
> > On Aug 10, 2020, at 7:23 PM, Ty & Charlene <info@thetruthaboutvaccines.com>
> > wrote:

**Sarah** postponed ticket till 08/12/2020 21:24:36

12 Aug, 2020
17:24:38

**Sarah** wrote note

14 Aug, 2020
08:02:20

added to drive and emailed to Ty/Charlene/Dess

**Sarah** resolved ticket

14 Aug, 2020
08:03:58

Powered by LiveAgent