

CANCER

# The Answer to Cancer Review: New Health Documentary Series to Launch



Published 6 months ago on March 9, 2020
By **Deborah Killion**



- ad -

SEE THE LIST OF GOLO WEIGHT LOSS RECIPES — GOLO for Life

As is quite obvious for everyone to see, cancer is by far one of the deadliest diseases in the worl[d]. To put things into perspective, it bears pointing out that as per a study released by the WHO, th[e disease] has been found to be the cause of one in every six deaths to take place globally. If that wasn't e[nough,] the CDC (Centre for Disease Control and Prevention) recently revealed in a study that every mi[nute, a] total of three new people are diagnosed with cancer in the United States.

From a treatment standpoint, what makes cancer unique is that it can happen to anyone and th[ere is no] one prevention method that seems to work across the board in relation to this life-threatening [disease.]

## A Closer Look at the Project

Many of our readers may remember that The Truth About Cancer (TTAC) was a three-part docu[series] that aired across a host of mainstream media avenues from 2014-2016. As part of the documen[tary, the] creators explored in detail a number of traditional, cost-effective methods of treating cancer as [well as the] various ways in which western healthcare systems are repeatedly exploiting their patients by ke[eping] them bound to different drugs and medicines, the profits from which run into the trillions.

Additionally, TTAC also investigated the underbelly of the global medical mafia and how many [innocent] individuals suffering from cancer are forced to stay bound to certain treatment methods for yea[rs on end] just because hospitals, doctors and medicine manufacturers stand to make vast amounts of pro[fit off of] the pain, suffering and misery of their patients.

## What is The Answer to Cancer?

As with TTAC, The Answer to Cancer also seeks to help educate cancer patients about the truth [behind] this disease as well as the various treatment options, both traditional and alternative, that are a[vailable] in the market today. To be a bit more specific, The Answer to Cancer is a 9-part docuseries that [features a] number of detailed, insightful interviews from doctors, experts and patients who share their pe[rsonal] experiences of dealing with cancer and the various treatment methods and protocols they have [used] to cure themselves of the disease.

The core message of the series is to help spread the message of hope as well as to dispel many [of the] negative notions that have become synonymous with cancer in recent decades.

## Some interesting facts about cancer worth knowing

Most of our readers are probably aware of the fact that Cancer is among the deadliest diseases  put things into perspective, a study released by the National Cancer Institute has revealed that 8.2 million cancer-related deaths take place worldwide every year. Lesser developed nations (es in certain regions of Asia, Africa and Central America), accounted for a whopping 57% of all ne cases. If that wasn't enough, 65% of all cancer deaths were also found to have occurred in these countries.

If things continue to head in the direction they seem to be now, it is estimated that by the year total number of new cancer cases will rise to a whopping 23.6 million.

Looking at data pertaining solely to the United States, in 2018, the NCI found that a mammoth 1,735,350 new cases of cancer were diagnosed in the United States with the research body estin that a minimum of 609,640 people will die from the disease within a span of 12 months.

From a purely financial standpoint, it is estimated that the total national expenditure for cance the USA per annum works out to a massive total of $147.3 billion. However, what is more strikir fact that these costs are most likely expected to surge as a bulk of the American population con age and the prevalence of cancer-type diseases continues to increase.

Cancer mortality rates are considerably lower in developed nations such as America, England, F when compared to smaller countries located in Africa, South America, etc.

## The core personnel behind The Answer to Cancer

### Jeff Hays

Jeff is a well-respected filmmaker who has been active in this space for more than 20 years. Not that, over the years, he has also started a number of independent businesses through which he able to come into close contact with a number of Hollywood personalities such as Kevin Costne Hilary Swank.

It also bears mentioning that Hays' documentaries have been short-listed for Academy Awards some of his recent projects including successful titles like "Bought," "Doctored" and "Undoctor

At the time of writing this article, Jeff lives in Utah but works out of his main office that is locat York. He's the father of nine children and the grandfather of twelve.

## Dr. Patrick Gentempo

Dr. Patrick Gentempo is a well-known figure within the world of Western medicine and healing [...] his groundbreaking research related to human wellness and nutrition. As a chiropractor, Gente[mpo has] been able to create a massive business empire that most people could only dream of. In this reg[ard, he] holds a number of patents and has also published a number of highly regarded research papers.

As things stand, Patrick works as a post-graduate faculty member for a number of well-respecte[d] institutions. His work is routinely used by a number of back specialists throughout the United S[tates and,] as mentioned previously, his work is routinely published in many peer-reviewed journals.

Last but not least, Dr. Gentempo was able to successfully make his way out of the diagnostic te[ch] business in 2011 in order to pursue his lifelong passion for "bringing the truth about medicine [to light] through the medium of filmmaking.

## A few other key details worth pointing out

Funding for the 9-part docuseries will be carried out using an affiliate program. The pre-launch [of] the entire fundraiser has already finished but the official launch period is currently underway a[nd will] conclude today.

During the live airing period of the documentary, viewers will be given the opportunity to acqu[ire a] whole host of specialized merchandise and other film-related assets (worth up to $279).

Users who help the project's creators in their mission to raise funds will be provided with a 50% commission on any digital purchases and a 40% commission on physical purchases.

As mentioned previously, Jeff Hays and Dr. Patrick Gentempo from Revealed Films have already [helped] create a number of popular documentaries in the past. Not only that, their projects have been a[ble to] amass 1,000,000+ subscribers and $10+ million in total revenue to date.

Jonathan Hunsaker, the creator of the docuseries, is the head of Organixx. Not only that, it bea[rs] mentioning that Hunsaker's marketing strategies have helped clients rake in profits of more tha[n ...,] of which $50M have come from his docuseries sales.

Manny Goldman, one of the projects' lead executives has previously worked on a number of po[pular] films and documentaries. He is also the founder and CEO of many successful companies, namel[y The] Sacred Plant and The Healing Miracle.

Brett Fairall and Tracy Magee-Graham — two individuals who are responsible for having mana[ged at] least 10 mega-successful project launches — are also closely linked with The Answer to Cancer [project.] Lastly, it bears pointing out that Brett is the co-owner of a number of successful businesses incl[uding] Mimosa Mastermind, The Healing Miracle, etc.

## Conclusion

The Answer to Cancer project has been gaining a lot of mainstream traction over the past mont[hs.] This is in part thanks to the well-known executive team that is associated with the docuseries. [For] people looking to get more information about the project or those looking get involved with th[e ...] part of things, can visit the official company website and follow the instructions that have been [listed] there. Alternatively, users can also send in an email to one of the following addresses with thei[r ...]

- angelelizabeth@theanswertocancer.com
- angelchristi@theanswertocancer.com
- angelbrooke@theanswertocancer.com

**RELATED TOPICS:**

**DON'T MISS**

New Scientific Research Looks at Curcumin's Benefits for Halting Tumor Growth

*YOU MAY LIKE*

CLICK TO COMMENT



Copyright © 2019 - TimesofHealth.com | Sitemap | Join Us