Home     Community Forums     Featured Announcements     My JV Buzz     JVNewsWatch.com     Upgrade Me To VIP!

**Home** > New JV (Joint Venture) + Product Launch Announcement Blog >

## Jonathan Hunsaker, Jeff Hays + Dr Patrick Gentempo – The Answer To Cancer Launch Affiliate Program JV Invite, More.

Posted on March 3, 2020 by admin

Welcome to the JVNP 2.0 Update, featuring a JV request courtesy of fellow JVNP 2.0 Partners Jonathan Hunsaker, Jeff Hays + Dr Patrick Gentempo (The Answer To Cancer health docu-series launch affiliate program JV invite), Buzz Builders (Joey Xoto – Viddyoze – Fade To Black launch, Ryan Levesque – ASK Method Masterclass 2020 pre-launch), and More … in Today's protocols, prevention & peace of mind edition.

Have a Great Day! 😊

– Mike Merz Sr

### New Product Launch Updates

Free Online Business Training Ebooks, PDFs, Videos, Webinars & More!

Name

Email

Your Email Address Will NOT Be Traded, Given Away Or Sold.

Submit

Powered By JVListPro.com Featuring AWeber Technology.

### JVNP 2.0 JV Blog Search

Search for:

Search

### JVNP 2.0 JV Blog Recent Posts

Brett Ingram + Mo Latif – Animaytor Reloaded Business Launch Affiliate Program JV Invite, More.

Tradeology 3-Day Forex Challenge set to launch on Monday, PLF Fall 2020 pre-launch begins Tuesday, more .

Tradeology – 3-Day Forex Challenge Launch Affiliate Program JV Invite, More.

Aidan Booth + Steven Clayton – Kibo Code QUANTUM Launch Affiliate Program JV Invite, More.

Feminine Power 2020 & Livvyo Pro Suite set to launch this weekend, more.

### JVNP 2.0 JV Blog Archives

September 2020 (3)
August 2020 (6)
July 2020 (9)
June 2020 (7)
May 2020 (10)
April 2020 (9)
March 2020 (8)
February 2020 (7)
January 2020 (8)

Like 2     Tweet

## What's Your Connection to Cancer?

Hopefully none at all but that's highly rare these days unfortunately.

Well for me, cancer took several very important people to me that can't be replaced.

Up until recently, I wouldn't even talk about cancer with anyone.

And now, here I am executive producing a 9-part docuseries on the topic called, The Answer to Cancer.

Since you may be involved in sharing this series with your community...

I wanted to share this very personal 2 minute video about my connection to cancer and WHY I've created this series...



*(a deeply personal video from Jeff Hays)*

## The Highest Converting Health Docuseries You'll Promote This Year...



## We're Giving Away $100,000+ In Contest Prizes!

**Jonathan Hunsaker, Jeff Hays + Dr Patrick Gentempo – The Answer To Cancer Launch Affiliate Program JV Invite**
Pre-Launch Begins: Thursday, March 26th 2020
Launch Day: Monday, April 6th 2020 – Thursday, April 16th 2020

Fellow JVNP 2.0 Partner, chances are, you'll have at least 20 (or more) opportunities to promote a health docu-series in 2020.

October 2019 (9)
September 2019 (7)
August 2019 (8)
July 2019 (8)
June 2019 (9)
May 2019 (9)
April 2019 (10)
March 2019 (10)
February 2019 (8)
January 2019 (8)
December 2018 (6)
November 2018 (9)
October 2018 (10)
September 2018 (6)
August 2018 (10)
July 2018 (9)
June 2018 (6)
May 2018 (10)
April 2018 (11)
March 2018 (10)
February 2018 (9)
January 2018 (11)
December 2017 (9)
November 2017 (9)
October 2017 (8)
September 2017 (10)
August 2017 (10)
July 2017 (9)
June 2017 (9)
May 2017 (10)
April 2017 (11)
March 2017 (10)
February 2017 (9)
January 2017 (11)
December 2016 (10)
November 2016 (8)
October 2016 (9)
September 2016 (10)
August 2016 (10)
July 2016 (11)
June 2016 (11)
May 2016 (11)
April 2016 (12)
March 2016 (14)
February 2016 (11)
January 2016 (10)
December 2015 (13)
November 2015 (10)
October 2015 (13)
September 2015 (12)
August 2015 (13)
July 2015 (11)
June 2015 (10)
May 2015 (13)
April 2015 (13)
March 2015 (13)
February 2015 (12)
January 2015 (13)
December 2014 (12)
November 2014 (11)
October 2014 (13)
September 2014 (12)
August 2014 (11)
July 2014 (13)
June 2014 (10)
May 2014 (14)
April 2014 (13)
March 2014 (13)

Like 2    Tweet

**Short on time?** **Jump right on over to the JV Page for complete launch details.**

**The Answer to Cancer** docu-series will convert the best.

**Here's why...**

**The Topic**

No disease on the planet affects more people, gets more attention or creates more emotion than Cancer.

**The Timing**

There hasn't been a new successful cancer docu-series in 4 years and the disease is only growing.

**The Message**

The market has matured and they know that cancer can't be beat by just eating some apricot seeds or wishing it away. **The Answer to Cancer** delivers the WHOLE truth about cancer like never before.

**The Marketing**

The chief marketer behind **The Answer to Cancer** is the same marketer who created, built and marketed **The Truth About Cancer** in which affiliates earned the highest EPCs and EPLs ever received in the history of docu-series launches.

**The Why**

How many people have you lost in your life to cancer? What would your life look like if they were still here? This is why **The Answer To Cancer** is so important right now.

Not to mention that the producer of this film, Jeff Hays, lost his mother at the age of 11 and lost his 12 year old son to cancer, and several more dear friends. We're counting on you to help us spread the word so that we can inform (and hopefully save) as many lives as we can.

And this is why we are so confident that promoting **The Answer to Cancer** will be the HIGHEST converting health docu-series you promote this year.

Are you ready to help share this message with the world?

**Visit the JV Page for complete launch details & more.**

We appreciate you <3.

**Jonathan Hunsaker, Jeff Hays & Dr Patrick Gentempo's The Answer To Cancer JV/Affiliate Team**

  

(The JV offers made available in this newsletter are not for the inexperienced +/or simply curious to participate in. *Experienced, serious affiliate marketers, with the proven ability to generate quality leads and convert (and retain) multiple sales, only ... Please!* Problem? Reply to this email with any questions or concerns.)

—–

**Buzz Builders**

The following Buzz Builders are Premium mailing recipient JV offers made by JVNP 2.0 VIP Partners announced recently in the JVNP 2.0 Update that are either yet to launch, or are still in the pre-launch or launch cycle.

To access the merchant's JV page, a link to the forum archive of the mailing for discussion, VIP review access (when available) + more … please click the JV Invite/Page link in the Buzz Builder listings, below.

***Experienced, serious affiliate marketers with the proven ability to generate quality leads and convert (and retain) multiple sales, ONLY ... Please!***

Problem? Reply to this email with any questions or concerns.

—–

January 2014 (13)
December 2013 (13)
November 2013 (14)
October 2013 (16)
September 2013 (13)
August 2013 (13)
July 2013 (14)
June 2013 (14)
May 2013 (13)
April 2013 (14)
March 2013 (14)
February 2013 (13)
January 2013 (15)
December 2012 (15)
November 2012 (14)
October 2012 (13)
September 2012 (14)
August 2012 (14)
July 2012 (14)
June 2012 (14)
May 2012 (15)
April 2012 (12)
March 2012 (15)
February 2012 (13)
January 2012 (14)
December 2011 (15)
November 2011 (15)
October 2011 (14)
September 2011 (12)
August 2011 (14)
July 2011 (14)
June 2011 (12)
May 2011 (13)
April 2011 (11)
March 2011 (14)
February 2011 (13)
January 2011 (13)
December 2010 (12)
November 2010 (14)
October 2010 (14)
September 2010 (12)
August 2010 (12)
July 2010 (11)
June 2010 (11)
May 2010 (13)
April 2010 (13)
March 2010 (16)
February 2010 (12)
January 2010 (14)
December 2009 (14)
November 2009 (16)
October 2009 (16)
September 2009 (11)
August 2009 (9)
July 2009 (11)
June 2009 (10)
May 2009 (11)
April 2009 (10)
March 2009 (10)
February 2009 (10)
January 2009 (9)
December 2008 (9)
November 2008 (9)
October 2008 (10)
September 2008 (9)
August 2008 (9)
July 2008 (9)
June 2008 (6)

Dean Graziosi + Tony Robbins – Knowledge Business Blueprint – Knowledge Broker

Launched Just Last Thursday, February 27th 2020
Last Year's Launch Was Quite Possibly the Highest Grossing Promotion in IM History … & This One is Ramping up to be EVEN BIGGER!

Proven High Ticket Sellers: become an affiliate partner of the KBB 2.0 launch and help promote the course that did over $30 MILLION DOLLARS, impacted 20K+ lives and resulted in over $12 million dollars in commissions to our partners in 11 days! Dean Graziosi + Tony Robbins – Knowledge Business Blueprint – Knowledge Broker Blueprint 2.0 JV page.

—

Brett Ingram + Mo Latif – Cliptasia Launch Affiliate Program JV Invite
Launched Just This Past Sunday, March 1st 2020 @ 10AM EST
250,000+ Units Sold! 64 #1 Best Sellers … Grab Your Share of #65!

Cliptasia Launch: EASIEST Way To Get FREE Traffic And The Fastest Way to Get Paid With Simple Videos. Earn Up To $455 Per Lead. $11.11 EPC. 30.58% F/E Conversions. 87.1% OTO Conversions. 50% commissions. 4 Level-DEEP & HIGH Converting Funnel. $10,000 JV Contest & Cash Prizes & Much More HERE: Brett Ingram + Mo Latif – Cliptasia JV page.

—

Joey Xoto – Viddyoze – Fade To Black Launch Affiliate Program JV Invite
Launch Day Is TODAY Tuesday, March 3rd 2020 @ 11AM EST
After 5 Long Years, The 'Video Guru' Is Back'

After $30 MILLION in verified sales, 100,000+ customers served and 5 long years out of the information product market … Joey Xoto, along with the Viddyoze team, is back. With over $26,000 in NO LIMIT prizes, a hugely successful launch team that's been responsible for the prodigy known as Viddyoze, a sales funnel that has been modeled countless times… proven to CONVERT to ALL traffic … Joey Xoto – Viddyoze – Fade To Black JV page.

—

Sara Sheehan + Katerina Kavouklis – Wake Up Academy Launch Affiliate Program JV Invite
Pre-Launch Commenced Just This Past Wednesday, February 26th 2020
Launch Day: Thursday, March 12th 2020 – Saturday, March 21st 2020
Participate in the World Premiere of a Never Before Seen Personal Development Academy … 30+ Top Experts!

This is the world premiere of a never before seen personal development academy that brings together over 30 of world's top experts, trailblazers, thought leaders, authors, entertainers, and survivors who will reveal life changing secrets to transform your health, wealth, love, and relationships, spirituality, productivity, and connection. Sara Sheehan + Katerina Kavouklis – Wake Up Academy JV page.

—

Ryan Levesque – ASK Method Masterclass 2020 Launch Affiliate Program JV Invite
Pre-Launch Begins TOMORROW Wednesday, March 4th 2020
Launch Day: Monday, March 16th 2020 – Friday, March 20th 2020
Earn a Big Commission Check & Your Share of $50K in Cash Prizes!

The Top 3 Reasons to Participate in the ASK Method Masterclass Partner Launch From March 4th – 20th 2020 … Reason #1 – BIG Commission Checks & Over $50,000 in CASH PRIZES! Reason #2 – HIGH QUALITY Launch Content that CONVERTS! Reason #3 – Customers are LOVING the New ASK 2.0 Product + bucket.io Software! Ryan Levesque – ASK Method Masterclass 2020 affiliate request page.

—

Mary Morrissey – DreamBuilder Program 2020 Launch Affiliate Program JV Invite
Pre-Launch Begins: Monday, March 16th 2020
Launch Day: Monday, March 23rd 2020
They're Giving Away TONS of Sales and Opt-in Launch Prizes … Make Sure To Grab Your Share!
Don't miss out on a chance to earn BIG commissions (You'll earn 50% commission on the core program sale of $497, PLUS any additional online programs the people you refer purchase in our extensive follow-up sequences) and prizes on Mary's known-to-convert flagship offer: the DreamBuilder Program. We'll be holding multiple contests,

April 2008 (8)
March 2008 (7)
February 2008 (6)
January 2008 (9)
December 2007 (7)
November 2007 (8)
October 2007 (6)
September 2007 (9)
August 2007 (8)
July 2007 (7)
June 2007 (6)
May 2007 (18)
April 2007 (6)
March 2007 (6)
February 2007 (4)
January 2007 (4)
December 2006 (3)
November 2006 (6)
October 2006 (3)
September 2006 (3)
August 2006 (7)
July 2006 (10)
June 2006 (1)
May 2006 (1)
April 2006 (3)
March 2006 (4)
December 2005 (2)

JVNP 2.0 JV Blog Categories

High Ticket Product Launches + Affiliate Programs (176)

Closed Affiliate Program – Request Entry (12)

Internet Marketing Seminars (4)
Intro (2)
Joint Venture Announcements (1,735)

Business + Finance (54)
Health + Fitness (22)
Holiday–Digest (2)
Home + Garden (1)
Internet Business + Marketing (491)
Self Help (114)
Weekday–Digest (11)
Weekend–Digest (77)

Joint Venture Articles (14)
New Product Launches (65)

Featured New Product Launches (1)

Uncategorized (1)

Evergreen Affiliate Programs

Blake Nubar – Blakes Partner Program
Jack Scanlan – Straight Up e-Commerce
Joey Xoto – Viddyoze Public
Jonathan Green – Hydra Webinar
Jonathan Thornhill – Ambassador Program 2020
Josh Ratta – Vidello – CreateStudio
Travis Stephenson – Chatmatic

——

**Proven Mid to High Ticket Evergreen Webinar-Based Promos:**

If you're looking for proven mid to high ticket evergreen webinar-based promos to promote as an affiliate for high commission and additional potential incentives from proven JVNP 2.0 Partners like Matt McWilliams, Frank Garon + Terry Dean, Damien Zamora, Daniel Levis, John Pearce + Chris Cantell, Blake Nubar, Rocktomic, Andrew Hansen + Sara Young, John Assaraf (Neurology), Roy Carter, Travis Stephenson, Kevin Thompson, Jason Potash, David Cavanagh, Mike Balmaceda and others, have solid past performance proof that you can convert and retain multiple sales of the aforementioned, and can pull at least 200 registrants/100 attendees, please contact Mike Sr!

——

**JVNP 2.0 New Affiliate Program Launch Announcements**

Larry Weidel, Leslie Rohde, Dan Cumberland + Adam O'Leary, Brett Fogle, Old Tree Publishing, and other fellow JVNotifyPro 2.0 partners are waiting in the wings … keep your eyes on your Inbox, and follow the action in the JVNP 2.0 Premium VIP JV Announcement archives.

Sam Bakker + Karthik Ramani, Kurt Melvin, Caleb Maddix + Ryan O'Donnell, Jimmy Chappel, Chris X, Rich W + Teresa, and other Fellow JVNP 2.0 Partners have active listings on the JVNewsWatch Launch Calendar, gathering JV Affiliate Partner prospects on autopilot … JVNewsWatch JV Product Launch Calendar

——

**Need Help?**

Account Management Center

Support Helpdesk

**JVNP 2.0 Social Network Groups/Communities**

Facebook JVNP 2.0 Group

Google+ JVNP 2.0 Community

———-

**IMPORTANT!**

The new product launch and evergreen affiliate program JV offers advertised on JVNP 2.0 and the JVNW Calendar are meant for experienced Affiliate Marketers.

If you have little to no affiliate marketing experience, we feel it would be most beneficial for you to complete the following JVNP 2.0 recommended Free Affiliate Marketing Training.

———-

That's All, Folks!

To OUR Success,

**Mike Merz Sr**

JVNotifyPro Joint Ventures

AWeber/JVListPro Archives – RSS

———-

Legal

As stated during the registration process, you are receiving the JVNP 2.0 Update Newsletter as a perk for being an active JVNP 2.0 Partner.

JVNP 2.0 Updates are mailed no more than 3 times a week, usually on Tuesday, Thursday + occasionally on Saturday.

The JV Offers announced in this newsletter are paid advertisements. The opinions expressed are those of the respective Merchants, and do NOT constitute an endorsement or approval by JVNotifyPro. Participate at your own risk.

The contact details you provided will never be traded, sold, or given away.

If you no longer wish to remain on this list, or to otherwise manage your subscription, please feel free to use the subscriber option links below.

Powered By JVListPro/AWeber Email Marketing Software

JVNP 2.0 Partners

ClickBank
ClickBetter
ClickFunnels
Groove Digital
IM Report Card
JVZoo
Kartra
LeadsLeap
MarketersMedia PR
MunchEye
PayKickstart
SamCart
Udimi
Warrior Joint Ventures

Meta

Log in
Entries RSS
Comments RSS
WordPress.org

Top JV Product Launches

JVNewsWatch
Top 5 JV Launches*

*Based On Unique Clicks
For Products Launching
In The Last 7 Days.

1. Tradeology - 3 Day Forex Challenge JV
September 7, 2020
Unique Clicks: 130
Niche: Business & Investing

2. Mark Ling - Healthy Commissions JV
September 8, 2020
Unique Clicks: 120
Niche: Internet Business & Marketing

3. Andrew Darius - Explaindio - Vidicious JV
September 8, 2020
Unique Clicks: 53
Niche: Internet Business & Marketing

4. Chris X, Rich Williams + Yves Kouyo - CB Traffic Bots JV
September 9, 2020
Unique Clicks: 13
Niche: Internet Business & Marketing

Powered By JVNewsWatch
Launch Calendar Get Listed!

JVNP 2.0 Alexa Stats

Business Blogs – Blog Rankings

Patrick Gentempo, evergreen affiliate programs, Fade To Black, Find Affiliates, Find JV Partners, health docu-series, Home Business, Internet Marketing, Jeff Hays, Joey Xoto, Joint Ventures, Jonathan Hunsaker, JV Calendars, JV Invite, JVNewsWatch, JVNotifyPro, Launch, Launch Calendars, Make Money Online, Marketing, Mike Merz, Need Affiliates, Need JV Partners, New Product Launches, Niche Marketing, Online Business, Pre-Launch, Ryan Levesque, The Answer To Cancer, Viddyoze, Work At Home | Comments Off on Jonathan Hunsaker, Jeff Hays + Dr Patrick Gentempo – The Answer To Cancer Launch Affiliate Program JV Invite, More.

Terms of Use · Privacy · Support

© 2005–2020 JVNotifyPro.com & JVNewsWatch.com are registered trademarks of Internet Marketing For Newbies, LLC. ·

# The Answer to Cancer: Watch the Powerful Documentary Series

*The Answer to Cancer documentary series is meant to help cancer patients avoid the traditional medical sector while curing their illnesses with healthy protocols, prevention and peace of mind.*

   

AdvancedLiving.com content provides generalized information only for education and entertainment. In no way is the content here a substitute for qualified medical advice. Always actively seek a professional dietitian, certified nutritionist, licensed specialist or your doctor for specific consultation before using any supplement our team reviews.

Get in touch at info@AdvancedLiving.com with any trending news, tips or review suggestions. Disclosure: link references clickthroughed can result in referral rewards to support our team.



By **Live Healthier** › March 8, 2020   0   Full Disclosure    Guides   How To Be Healthy

The Answer to Cancer is a new documentary series focusing on alternative treatment options for cancer.

The documentary series follows in the footsteps of Jonathan Hunsaker's The Truth About Cancer, which was a three-part docuseries launched between 2014 and 2016. That docuseries also explored alternative treatment options for cancer.

Jonathan Hunsaker has teamed up with a new crew to launch 2020's version of his documentary: The Answer to Cancer.

The Answer to Cancer is scheduled to launch on April 7, 2020. You can sign up from March 26 to April 5, 2020.

The documentary series is free to attend. During the airing of the documentary, however, viewers will have the opportunity to purchase merchandise and film assets worth up to $279.

Keep reading to discover everything you need to know about The Answer to Cancer.

> Watch The Answer to Cancer Documentary Series Here

### Contents [hide]

1 What is The Answer to Cancer?
2 Who's Behind The Answer to Cancer?
3 What Will You Learn in The Answer to Cancer?
4 Frequently Asked Questions About The Answer to Cancer
   4.1 Q: Is The Answer to Cancer completely free?
   4.2 Q: Who is behind The Answer to Cancer?
   4.3 Q: Can The Answer to Cancer cure cancer?
   4.4 Q: Who can use The Answer to Cancer?
   4.5 Q: Is The Answer to Cancer safe?
5 How Much Does The Answer to Cancer Cost?
6 Final Word

## What is The Answer to Cancer?

The Answer to Cancer is an upcoming documentary that covers alternative treatments for cancer. The documentary is scheduled to air from April 7 to 16, including a replay weekend.

The documentary screening event is free to attend. All you need to do is enter your name and email address into an online form. You'll receive a link to view the event before it starts.

The Answer to Cancer is expected to highlight similar information to The Truth About Cancer, highlighting alternative treatments for cancer that aren't supported by modern science or medicine. The docuseries may dismiss chemotherapy and other traditional cancer treatments, for example, while emphasizing nutrition and immune system support.

The documentary series has not yet aired – for anything. Trailers and other information about the docuseries are expected to appear online in March 2020, with the full docuseries expected to air starting April 7.

## Who's Behind The Answer to Cancer?

The Answer to Cancer was produced by Jeff Hays, a filmmaker and entrepreneur with 20+ years of industry experience. Hays has previously worked with Kevin Costner and Hilary Swank, among other notable actors. His documentaries have also been shortlisted for an Academy Award.

The Answer to Cancer sales page describes filmmaker Jeff Hays as "a legend in the industry". His recent health documentaries include "Supplements Revealed", "Bought", "Doctored", and "Undoctored".

The Answer to Cancer is hosted by Dr. Patrick Gentempo, described as "a well-known and respected star in the world of health, wellness and business". Dr. Gentempo is not a medical doctor: he's a chiropractor. He sold a successful diagnostic technology business in 2011 and has recently expanded into filmmaking.

The Answer to Cancer is being promoted online by Jonathan Hunsaker, best-known for launching The Truth About Cancer between 2014 and 2016. Hunsaker's copy and businesses have generated over $150 million in sales over the last ten years.

## What Will You Learn in The Answer to Cancer?

The Answer to Cancer explores alternative treatments to cancer. The docuseries was created based on the premise that patients deserve to know all available treatments and medications for cancer – even the treatments that aren't supported by modern medicine.

"No disease on the planet affects more people, gets more attention or creates more emotion than cancer," explains The Answer to Cancer sales page.

"How many people have you lost in your life to cancer? What would your life look like if they were still here? This is why The Answer to Cancer is so important right now."

The Answer to Cancer will cover topics similar to what was covered in The Truth About Cancer back in 2014-2016. Covered topics include:

- The politics of cancer research and treatment
- The takeover of medical education by specialist interest groups with for-profit agendas
- How and why certain life-saving treatments have been kept from the public
- Tests that your doctor may not know how to order, and how to get those tests
- Protocols for alternative cancer treatment
- Detoxification, nutrition, and herbal remedies to reduce the risk of cancer
- Enzyme and metabolic or mitochondrial therapies for cancer
- Bio-oxidative therapies for cancer
- Healing cancer with sound, light, and electricity
- Real stories of people who have used these protocols to heal

As you can see, the emphasis is on alternative therapies for cancer: not modern medicine, conventional treatments, or typical cancer drugs. These are the treatments that are not supported by major scientific evidence or medical doctors: they're alternative treatments for people who want to take a different approach to cancer.

The Answer to Cancer docu-series emphasizes that doctors aren't taught to heal cancer: they're taught to prescribe drugs. The docu-series also brings up the fact that people don't die from cancer: they die from the consequences of cancer treatment.

Many of the opinions in The Answer to Cancer are controversial. Many of the claims are unproven. Other claims are based on limited scientific evidence – or no scientific evidence whatsoever.

Again, The Answer to Cancer emphasizes *alternative* cancer treatment.

The opinions in The Truth About Cancer are highly controversial. You can read a detailed explanation of *why* they're controversial here. Science Based Medicine did a detailed breakdown of each claim made in the original The Truth About Cancer docu-series. The Answer to Cancer is expected to highlight similar information.

Most will dismiss the information in The Answer to Cancer as junk science that gives false hope to the most vulnerable people in the world. Others may see some value in the information.

Ultimately, The Answer to Cancer has not yet aired, and it's unclear what kind of information will be featured in the docuseries. However, if The Answer to Cancer is similar to The Truth About Cancer, then you can expect controversial opinions – including negative stances towards chemotherapy, modern medicine, and conventional cancer treatments.

## Frequently Asked Questions About The Answer to Cancer

Cancer is a serious topic. Users probably have several questions about the solutions presented by The Answer to Cancer documentary series. This section will answer some of the most commonly asked questions about The Answer to Cancer.

### Q: Is The Answer to Cancer completely free?

A: The original documentary series is free. Users only need to sign up to attend the series. While the documentary is being aired, users will have the chance to buy additional items and resources related to the document and its contents. The total value of these items will be around $279, although we speculate that the event will offer discounts pretty frequently at the event.

### Q: Who is behind The Answer to Cancer?

A: The documentary series is hosted by Dr. Patrick Gentempo. While this doctor is not a medical professional in the traditional sense, he is a licensed chiropractor. He's known to be a "respected star" within the wellness and alternative health industries. However, users should be aware that this solution to cancer has been developed by an individual who is not licensed as an oncologist.

### Q: Can The Answer to Cancer cure cancer?

A: We are not willing to endorse The Answer to Cancer as a standalone solution to any type of cancer. Cancer is a serious disease, and medical science has come a long way to provide patients with effective ways to safely combat nearly any kind of cancer. Very few medical professionals would recommend that cancer patients ditch their chemotherapy for a new diet, for example. However, some parts of the documentary series still remain true; nutrition and diet can be indispensable tools in combating cancer, especially when paired with an effective treatment plan.

### Q: Who can use The Answer to Cancer?

A: This program is recommended for anyone who wants to optimize their cancer treatment or help friends and family to do the same. However, we recommend strongly that users consult their primary care physician before relying on any of the advice included in The Answer to Cancer.

### Q: Is The Answer to Cancer safe?

A: Especially since the documentary series has not yet been released, it's tough to say if the recommendations included in the system is safe. However, we recommend that the nutritional and exercise advice given in the series is used only with the approval of a medical professional, and usually only in conjunction with traditional treatment methods.

## How Much Does The Answer to Cancer Cost?

The Answer to Cancer is free to attend.

You can sign up by entering your email address into the contact page. There are multiple landing pages available across the internet.

## Final Word

The Answer to Cancer is a series of documentaries examining alternative treatments to cancer.

The docuseries is airing online starting April 7, 2020. You can sign up for free today, then receive a link to view the event before it airs. Although the event is genuinely free to attend, viewers will have the opportunity to purchase multiple products throughout the event.

To learn more about The Answer to Cancer and its alternative treatment methods, sign up to watch the free docuseries online today.

> Watch The Answer to Cancer Documentary Series Here

---



**Live Healthier**

Advanced Living is a leading lifestyle wellness enhancement movement that highlights health awareness, provides educational research and delivers perpetual knowledge on how to live your best life in 2020 and beyond so you can master the art of aging gracefully in this lifetime. From high energy insights on trending news to truth-seeking analysis for supplement reviews, Advanced Living exists to optimize your well-being universe and act as a genuine guide for personal transformation, spiritual enlightenment and essential wholeness.

AdvancedLiving.com may receive a small reward on product purchases using links within reviews. For optimal transparency, see the full disclosure on how this process works to support our team's mission of creating Advanced Living for you.

Previous article
ReadiMask with Eyeshield: Safe N99 Particulate Respirator Face Mask?

Next article
Reviewing the Research on For The Biome Skincare Products

## More Supplement Reviews and Product Research

Creams & Serums
Reviewing the Top 20 Best Wrinkle Creams That Really Work in 2020

Weight Loss
Top 10 Best Garcinia Cambogia Supplements in 2020

Weight Loss
Top 10 Best Forskolin Brands in 2020

Male Enhancement
Top 20 Best Male Enhancement Pills in 2020: Men's Sexual Performance Guide

SuperFoods
Top 5 Best Cocoa Flavanol Supplements in 2020

How To Lose Weight
Intermittent Fasting 2020 Guide: IF Diet Plan Types and Weight Loss Benefits

Probiotics
Top 10 Best Leaky Gut Supplements in 2020: What is Leaky Gut Syndrome Guide

SuperFoods
Supplements Revealed: Watch the Documentary Film Movie Trailer Now

Hair Growth
Top 20 Best Hair Growth Vitamins and Hair Loss Supplements

Keto Diet
Top 12 Best Keto Shakes to Review and Buy in 2020

Keto Diet
Top 10 Best Keto Diet Pills in 2020

Antioxidants
Top 10 Best Turmeric Supplements in 2020: Benefits and FAQ

Vitamins

[Top 10 Best Vitamin D Supplements in 2020: Benefits & Deficiency FAQ](#)

Health

[Top 10 Best Lung Health Supplements for Natural Breathing Benefits in 2020](#)

Antioxidants

[Top 5 Pycnogenol Supplements in 2020: Best French Maritime Pine Bark Extracts](#)

Supplements

[Top 10 Best Aloe Vera Supplements in 2020: Benefits and FAQ Research Guide](#)



# The Answer to Cancer Review (Docuseries)



0
0
0
0

Like 0

0
Shares

Table of Contents

What Is The Answer to Cancer

2. Who is Behind the "The Answer to Cancer" Project?

2.0.1. CLICK HERE and Register to Watch FREE TATC Docuseries

Our Score

Click to rate this post!

[Total: 0 Average: 0]

## What Is The Answer to Cancer



After a long time of waiting because of the coronavirus outbreak, the originally postponed The Answer to Cancer documentary is finally here. We hope that everyone is as excited as us to learn more about the deadly disease that kills millions of people every year. The shocking thing is that the real **reasons behind the cancer** are not what media and most of the doctors tell you. The answer to why the number of people suffering from this disease is rapidly growing every year, and how come that just 100 years ago rarely anybody heard of the word or knew anyone having any form of cancer. Just join us on the journey of watching the series of altogether 9 episodes of The Answer to Cancer documentary.

In layman's words, The Answer to Cancer is a new documentary about cancer and its effects on individuals and society. The 9-Part documentary series will be covering the issues that are as much personal to the individual as it is to the public and all cultures around the world. Let's dive in together to uncover the answer to what the "Cancer" actually is and what it does and can so are being foggy and mostly unknown. Cancer became a new world #1 disease that struck humanity in less than a century ago, and it doesn't pick in between old and young, rich and poor, or a type of culture.

There are many individuals who have cancer running in their family blood-line for the last 4 generations or more and there is still no clear explanation to that.

Has it something to do with the way of lifestyle?

Maybe it's the food we eat.

Or perhaps it's the way we think and act, the Karma finally taking a turn on us, who knows, maybe it's all combined…

But one thing is for sure, nothing happens for no reason and it's totally 100% upon us to take the situation in our hands mainly because it's our own health that we talk about.

It's time to stop putting the blame on other external things and factors, and take full responsibility by educating ourselves and willing to open mind a little bit more every time. That's why this film

document series were made brought to the eye of the public, so everyone can learn and get the full spectrum view on the important and complex subject such as personal health, specifically cancer.

The cancer is a very personal issue in amongst the many cultures, and creators of The Answer to Cancer have put the spotlight on for the year of 2020!

# Who is Behind the "The Answer to Cancer" Project?

This is a very good and important question. The TATC project is a multimillion-dollar investment just like every professional documentary, so it needs to bring some important and valuable insights that a lot of people care about on the table, right?



As anyone can imagine there must be many influential professionals from various backgrounds working on the TATC docuseries project, who also have lost someone close due to cancer or want help others to understand the main factors behind this disease.



Some of the known individuals such as filmmaker Jeff Hayes and Dr. Patrick Gentempo, founder of docuseries and marketing innovator Jonathan Hunsaker, Many Goldman and many other professionals.

### CLICK HERE and Register to Watch FREE TATC Docuseries

Like 0

**0**
**Shares**



Like 0

## Related Posts:



- **The Sacred Plant Review (docuseries)**

- **The Truth About What Causes Cancer and How to…**

- **Whole Living Magazines Review**

Like 0

**0**
Shares

Privacy - Terms - Contact Us - About Membership

Copyright © 2020 MindfulnessCore.com



*CANCER*

# The Answer to Cancer Review: New Health Documentary Series to Launch

 Published 6 months ago on March 9, 2020

By **Deborah Killion**



- ad -

SEE THE LIST OF **GOLO**
**WEIGHT LOSS** RECIPES

GOLO®
for Life

As is quite obvious for everyone to see, cancer is by far one of the deadliest diseases in the worl
To put things into perspective, it bears pointing out that as per a study released by the WHO, th
has been found to be the cause of one in every six deaths to take place globally. If that wasn't en
the CDC (Centre for Disease Control and Prevention) recently revealed in a study that every mir
total of three new people are diagnosed with cancer in the United States.

From a treatment standpoint, what makes cancer unique is that it can happen to anyone and th
one prevention method that seems to work across the board in relation to this life-threatening

# A Closer Look at the Project

Many of our readers may remember that The Truth About Cancer (TTAC) was a three-part docu
that aired across a host of mainstream media avenues from 2014-2016. As part of the documen
creators explored in detail a number of traditional, cost-effective methods of treating cancer as
various ways in which western healthcare systems are repeatedly exploiting their patients by ke
them bound to different drugs and medicines, the profits from which run into the trillions.

Additionally, TTAC also investigated the underbelly of the global medical mafia and how many
individuals suffering from cancer are forced to stay bound to certain treatment methods for yea
just because hospitals, doctors and medicine manufacturers stand to make vast amounts of pro
the pain, suffering and misery of their patients.

# What is The Answer to Cancer?

As with TTAC, The Answer to Cancer also seeks to help educate cancer patients about the truth
this disease as well as the various treatment options, both traditional and alternative, that are a
in the market today. To be a bit more specific, The Answer to Cancer is a 9-part docuseries that
number of detailed, insightful interviews from doctors, experts and patients who share their pe
experiences of dealing with cancer and the various treatment methods and protocols they have
to cure themselves of the disease.

The core message of the series is to help spread the message of hope as well as to dispel many c
negative notions that have become synonymous with cancer in recent decades.

# Some interesting facts about cancer worth knowing

Most of our readers are probably aware of the fact that Cancer is among the deadliest diseases put things into perspective, a study released by the National Cancer Institute has revealed that 8.2 million cancer-related deaths take place worldwide every year. Lesser developed nations (es in certain regions of Asia, Africa and Central America), accounted for a whopping 57% of all ne cases. If that wasn't enough, 65% of all cancer deaths were also found to have occurred in these countries.

If things continue to head in the direction they seem to be now, it is estimated that by the year total number of new cancer cases will rise to a whopping 23.6 million.

Looking at data pertaining solely to the United States, in 2018, the NCI found that a mammoth 1,735,350 new cases of cancer were diagnosed in the United States with the research body estin that a minimum of 609,640 people will die from the disease within a span of 12 months.

From a purely financial standpoint, it is estimated that the total national expenditure for cance the USA per annum works out to a massive total of $147.3 billion. However, what is more strikin fact that these costs are most likely expected to surge as a bulk of the American population con age and the prevalence of cancer-type diseases continues to increase.

Cancer mortality rates are considerably lower in developed nations such as America, England, F when compared to smaller countries located in Africa, South America, etc.

# The core personnel behind The Answer to Cancer

## Jeff Hays

Jeff is a well-respected filmmaker who has been active in this space for more than 20 years. Not that, over the years, he has also started a number of independent businesses through which he able to come into close contact with a number of Hollywood personalities such as Kevin Costne Hilary Swank.

It also bears mentioning that Hays' documentaries have been short-listed for Academy Awards some of his recent projects including successful titles like "Bought," "Doctored" and "Undoctor

At the time of writing this article, Jeff lives in Utah but works out of his main office that is locat York. He's the father of nine children and the grandfather of twelve.

## Dr. Patrick Gentempo

Dr. Patrick Gentempo is a well-known figure within the world of Western medicine and healing
his groundbreaking research related to human wellness and nutrition. As a chiropractor, Gente
been able to create a massive business empire that most people could only dream of. In this reg
holds a number of patents and has also published a number of highly regarded research papers.

As things stand, Patrick works as a post-graduate faculty member for a number of well-respecte
institutions. His work is routinely used by a number of back specialists throughout the United S
as mentioned previously, his work is routinely published in many peer-reviewed journals.

Last but not least, Dr. Gentempo was able to successfully make his way out of the diagnostic te
business in 2011 in order to pursue his lifelong passion for "bringing the truth about medicine
through the medium of filmmaking.

# A few other key details worth pointing out

Funding for the 9-part docuseries will be carried out using an affiliate program. The pre-launch
the entire fundraiser has already finished but the official launch period is currently underway a
conclude today.

During the live airing period of the documentary, viewers will be given the opportunity to acqu
whole host of specialized merchandise and other film-related assets (worth up to $279).

Users who help the project's creators in their mission to raise funds will be provided with a 50%
commission on any digital purchases and a 40% commission on physical purchases.

As mentioned previously, Jeff Hays and Dr. Patrick Gentempo from Revealed Films have already
create a number of popular documentaries in the past. Not only that, their projects have been a
amass 1,000,000+ subscribers and $10+ million in total revenue to date.

Jonathan Hunsaker, the creator of the docuseries, is the head of Organixx. Not only that, it bea
mentioning that Hunsaker's marketing strategies have helped clients rake in profits of more tha
of which $50M have come from his docuseries sales.

Manny Goldman, one of the projects' lead executives has previously worked on a number of po
films and documentaries. He is also the founder and CEO of many successful companies, namel
Sacred Plant and The Healing Miracle.

Brett Fairall and Tracy Magee-Graham — two individuals who are responsible for having managed at least 10 mega-successful project launches — are also closely linked with The Answer to Cancer. Lastly, it bears pointing out that Brett is the co-owner of a number of successful businesses including Mimosa Mastermind, The Healing Miracle, etc.

## Conclusion

The Answer to Cancer project has been gaining a lot of mainstream traction over the past months. This is in part thanks to the well-known executive team that is associated with the docuseries. People looking to get more information about the project or those looking get involved with the financial part of things, can visit the official company website and follow the instructions that have been laid out there. Alternatively, users can also send in an email to one of the following addresses with their queries:

- angelelizabeth@theanswertocancer.com

- angelchristi@theanswertocancer.com

- angelbrooke@theanswertocancer.com

**RELATED TOPICS:**

**DON'T MISS**

‹ New Scientific Research Looks at Curcumin's Benefits for Halting Tumor Growth

*YOU MAY LIKE*

CLICK TO COMMENT





Copyright © 2019 - TimesofHealth.com | Sitemap | Join Us