UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| TTAC Publishing, LLC, | ) |
|    Plaintiff, | ) Civil Action File No. 3:20-cv-00696 |
| v. | ) JUDGE RICHARDSON |
| | ) MAGISTRATE JUDGE FRENSLEY |
| TATC Publishing, LLC; Jonathan Hunsaker; Jeff Hays; Manny Goldman; and Patrick Gentempo. | ) JURY DEMAND |
|    Defendants. | ) |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

COMES NOW, TTAC Publishing, LLC (hereinafter referred to as "TTAC" or "Plaintiff"), and hereby notifies the Court of its withdrawal of its Motion for Temporary Restraining Order and Preliminary Injunction, showing this Court as follows:

**I.   BACKGROUND**

Pending before the Court is TTAC's Motion for Temporary Restraining Order and Preliminary Injunction ("Motion"). [Doc. Nos. 11, 12]. The Court has directed that the parties undertake efforts to determine if the issues raised in the Motion can be resolved without Court intervention. [Doc. Nos. 22, 33]. After negotiation, the parties are able to report that they have reached a compromise Partial Settlement Agreement ("Agreement") as to the issues raised in the Motion such that the pending Motion can be withdrawn. A copy of the Agreement is attached as **Exhibit 1**.

As set forth in the Agreement, this Court shall retain jurisdiction to enforce the Agreement unless and until the Court determines it does not have personal jurisdiction over any particular Defendant and that determination is final, or unless and until the Court determines that venue of this action is improper. Defendants have reserved their right to challenge personal jurisdiction and venue in this case. If the Court lacks personal jurisdiction as to any Defendant or if venue is improper, Defendants have designated the United States District Court for the District of Utah, Central Division, as the alternative venue for enforcement of the Agreement. Defendants do not waive and have reserved their right to contest personal jurisdiction and venue in this Court.

While Defendant Hunsaker has not yet appeared in this case, the remaining Defendants have represented that they can provide the relief as set forth in the Agreement. Therefore, the Motion is also withdrawn as to Defendant Hunsaker, without prejudice to any refiling as to Defendant Hunsaker should it later be determined he is engaged in conduct prohibited by the Agreement.

[Signature on following page]

Respectfully submitted this 21st day of September, 2020.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

*s/L. Clint Crosby*
L. Clint Crosby
Georgia Bar No. 197877
Phillip Parham
Georgia Bar No. 942874
Ciera N. Locklair
Georgia Bar No. 887772
Monarch Plaza, Suite 1500
3414 Peachtree Road, N.E.
Atlanta, Georgia 30326
404-577-6000 / 404-221-6501 fax
ccrosby@bakerdonelson.com
pparham@bakerdonelson.com
clocklair@bakerdonelson.com

*Counsel for TTAC Publishing, LLC*
*Admitted Pro Hac Vice*


Anthony F. Schlehuber
TN Bar No. 37334
211 Commerce Street, Suite 800
Nashville, TN 37208
Telephone: (615) 726- 5600
Facsimile: (615) 726- 0464
Aschlehuber@bakerdonelson.com

*Counsel for TTAC Publishing, LLC*

3

# CERTIFICATE OF SERVICE

This will certify service of a copy of the foregoing *Plaintiff's Notice of Withdrawal of Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction* by the CM/ECF online filing system with the U.S. District Court for the Middle District of Tennessee which will automatically send email notification to the following counsel of record:

| | |
|---|---|
| Winston S. Evans<br>Sean C. Wlodarczyk<br>EVANS, JONES & REYNOLDS, P.C.<br>401 Commerce Street, Suite 710<br>Nashville, TN 37219<br>wevans.ef@ejrlaw.com<br>swlodarczyk@ejrlaw.com | Samuel P. Funk<br>R. Mark Donnell, Jr.<br>SIMS\|FUNK, PLC<br>3322 West End Avenue, Ste 200<br>Nashville, TN 37203<br>sfunk@simsfunk.com<br>mdonnell@simsfunk.com |
| James E. Magleby (*pro hac vice pending*)<br>Christine T. Greenwood (*pro hac vice pending*)<br>Bryant L. Watson (*pro hac vice pending*)<br>Magleby Cataxinos & Greenwood, PC<br>170 South Main Street, Ste 1100<br>Salt Lake City, UT 84101<br>magleby@mcg.law<br>greenwood@mcg.law<br>watson@mcg.law | *Attorneys for Defendant Manny Goldman* |

*Attorneys for Defendants TATC Publishing, LLC, Jeff Hays, and Patrick Gentempo*

Additionally, the undersigned hereby certifies that a true and exact copy of the foregoing has been served by mail to the following parties as addressed below:

Jonathan Hunsaker
1515 Old Alton Road
Argyle, TX 76226

This 21st day of September, 2020.

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

*s/L. Clint Crosby*
L. Clint Crosby
Georgia Bar No. 197877
*Counsel for TTAC Publishing, LLC*
*Admitted Pro Hac Vice*