IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TTAC Publishing, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TATC PUBLISHING, LLC, JONATHAN HUNSAKER, JEFF HAYS, MANNY GOLDMAN, and PATRICK GENTEMPO,<br><br>    Defendants. | Case No. 3:20-cv-696<br><br><br>Honorable Eli J. Richardson<br>Magistrate Judge Jeffery S. Frensley<br><br><br>JURY DEMAND |

**BUSINESS ENTITY DISCLOSURE**
**(Disclosure of corporate affiliations, business entity citizenship, and financial interests)**

Pursuant to Fed. R. Civ. P. 7.1 and L.R. 7.02, __TATC Publishing, LLC__ makes the following disclosures:

**INSTRUCTIONS: Check the applicable box or boxes, and fully provide any required information. Attach separate pages as necessary to fully provide required information.**

☐ This party is an individual, who resides in _____.

☐ This party is a publicly held corporation or other publicly held entity, incorporated in _____ and with a principal place of business in _____.

☐ This party is a privately held corporation, incorporated in _____ and with a principal place of business in _____.

☐ This party has parent corporations

    If yes, identify **on attached page(s)** all parent corporations, including grandparent and great- grandparent corporations.

☐ Ten percent or more of the stock of this party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify **on attached page(s)** all such owners.

☒ This party is a limited liability company or limited liability partnership.

    If yes, identify **on attached page(s)** each member of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well. *See Delay v. Rosenthal Collins, Grp., LLC*, 585 F.3d 1003 (6th Cir. 2009).

☐ This party is an unincorporated association or entity.

    If yes, identify **on attached page(s)** the nature of the entity, the members of the entity and the member's state of citizenship. If any member is other than an individual person, the required information identifying ownership interests and citizenship for each sub-member must be provided as well.

☐ This party is trust.

    If yes, identify **on attached page(s)** each trustee and each trustee's state of citizenship. If any trustee is other than an individual person, the required information identifying ownership of the non-individual the trustee and state of citizenship of each sub-trustee must be provided as well.

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify **on attached page(s)** all corporations or entities and the nature of their interest.

**Any additional pertinent information should also be provided on attached page(s).**

Date: 9/21/2020      Signature: /s/ Sean C. Wlodarczyk

Printed Name: Sean C. Wlodarczyk

Title: Attorney for TATC Publishing, LLC

## Additional Pertinent Information

TATC Publishing, LLC is a limited liability company, organized in the state of Nevada. TATC Publishing, LLC, has the following members: Brett Fairall; Jeff Hays Films, LLC; Action Potential Holdings, Inc.; and DEC Golman, Inc. Brett Fairall is a citizen of the State of Washington. Jeff Hays Films, LLC is a limited liability company, organized in the state of Utah, which has its principle place of business in the state of Utah. Jeff Hays, a citizen of Utah, is Jeff Hays Films, LLC's sole member. Action Potential Holdings, Inc. is incorporated in Utah with its principal place of business in Utah. DEC Goldman, Inc. is incorporated in Florida with its principal place of business in Florida.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **BUSINESS ENTITY DISCLOSURE** has been served via the Court's ECF system upon the following this 21st day of September, 2020:

Anthony F. Schlehuber (BPR #37334)
Baker Donelson Bearman Caldwell & Berkowitz, PC
211 Commerce Street, Suite 800 Nashville, TN 37208
aschehuber@bakerdonelson.com

L. Clint Crosby (Georgia Bar No. 197877)
Phillip Parham (Georgia Bar No. 942874)
Ciera N. Locklair (Georgia Bar No. 887772)
Monarch Plaza, Suite 1600 3414 Peachtree Road, N.E. Atlanta, Georgia 30326
ccrosby@bakerdonelson.com
pparham@bakerdonelson.com
clocklair@bakerdonelson.com

*Counsel for TTAC Publishing, LLC*

                                              /s/ Sean C. Wlodarczyk

1
Case 3:20-cv-00696   Document 41   Filed 09/21/20   Page 4 of 4 PageID #: 325