IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TTAC Publishing, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:20-cv-00696 |
| | ) | Judge Richardson |
| TATC Publishing, LLC; DEC Goldman, | ) | Magistrate Judge Frensley |
| Inc.; Jonathan Hunsaker; Jeff Hays; | ) | |
| Manny Goldman; and Patrick Gentempo, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION OF SPECIALLY-APPEARING DEFENDANT JONATHAN HUNSAKER TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FOR IMPROPER VENUE

Specially-appearing individual defendant Jonathan Hunsaker ("Hunsaker") moves to dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction and Federal Rule of Civil Procedure 12(b)(3) for improper venue.

No general jurisdiction over Hunsaker exists because he is a resident of Texas. Specific jurisdiction does not exist either because, importantly, all of the jurisdictional facts alleged as to purposeful availment are attributable to the corporate defendant TATC Publishing, LLC ("TATC"), not Hunsaker individually. Plaintiff TTAC Publishing, LLC has alleged no facts showing that Hunsaker, through his individual actions that are separate and apart from the conduct of TATC, purposefully availed himself of the privilege of conducting business in Tennessee such that he should be haled into court here.

Venue is also improper in the Middle District of Tennessee as alleged in the Amended Complaint. The defendants are not all Tennessee residents, a substantial part of the events giving rise to this action did not occur in the Middle District of Tennessee, and venue here is

unavailable because there are several other districts based on the allegations in the Amended Complaint in which this action may be brought.

This Motion is supported by the simultaneously-filed Memorandum, any matters subject to judicial notice, and any further submissions or arguments of counsel as may properly come before this Court.

Respectfully submitted,

/s/Robb S. Harvey
Robb S. Harvey (Tenn. BPR No. 011519)
Quynh-Anh D. Kibler (Tenn. BPR No. 035096)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380
E-mail: robb.harvey@wallerlaw.com
qa.kibler@wallerlaw.com

Marc J. Rachman (*pro hac vice motion forthcoming*)
DAVIS & GILBERT, LLP
1740 Broadway
New York, New York 10019
(212) 468-4890
Email: mrachman@dglaw.com

*Counsel for Specially-Appearing Defendant Jonathan Hunsaker, Making a Limited Appearance*

# CERTIFICATE OF SERVICE

      I hereby certify that on November 9, 2020, a true and exact copy of the foregoing has been served via the Electronic Case Filing system of the United States District Court for the Middle District of Tennessee, which is expected to send email notification of such filing to all counsel who have made an appearance, including the following:

Anthony F. Schlehuber
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, P.C.
211 Commerce Street, Suite 800
Nashville, TN 37201
aschlehuber@bakerdonelson.com

L. Clint Crosby (*admitted pro hac vice*)
Phillip Parham (*admitted pro hac vice*)
Ciera N. Locklair (*admitted pro hac vice*)
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, P.C.
3414 Peachtree Road, N.E., Suite 1600
Atlanta, GA 30326
ccrosby@bakerdonelson.com
pparham@bakerdonelson.com
clocklair@bakerdonelson.com

*Counsel for TTAC Publishing, LLC*

Winston S. Evans
Sean C. Wlodarczyk
EVANS, JONES & REYNOLDS, P.C.
410 Commerce Street, Suite 710
Nashville, TN 37219
wevans.ef@erjlaw.com
swlodarczyk@erjlaw.com

James E. Magleby (*pro hac vice*)
Christine T. Greenwood (*pro hac vice*)
Bryant L. Watson (*pro hac vice*)
Magleby Cataxinos & Greenwood, PC
170 South Main Street, Suite 1100
Salt Lake City, Utah 84101
magleby@mcg.law
greenwood@mcg.law
watson@mcg.law

*Counsel for Defendants TATC Publishing, LLC, Jeff Hays, Patrick Gentempo*

Samuel P. Funk
R. Mark Donnell, Jr.
SIMS|FUNK, PLC
3322 West End Avenue, Suite 200
Nashville, Tennessee 37203
sfunk@simsfunk.com
mdonnell@simsfunk.com

*Counsel for Defendant Manny Goldman and DEC Goldman, Inc.*

      /s/Robb S. Harvey
      Robb S. Harvey

4831-0682-3121